# Exhibit B





995 Old Eagle School Rd
Suite 315
Wayne, PA 19087
ph 610.254.8218
fax 610.254.8969
www.agora.org

June 28, 2012

K12 Virtual Schools, LLC
Chip Hughes
Executive Vice President of School Management and Services
2300 Corporate Park Drive, Suite 200
Herndon, VA 20171

RE: EDUCATIONAL PRODUCTS AND SERVICES AGREEMENT SIGNED AND DATED 12 NOVEMBER 2009 BETWEEN AGORA CYBER CHARTER SCHOOL AND K12 VIRTUAL SCHOOLS, LLC

Dear Chip Hughes,

Please be advised that the Agora Board of Trustees is hereby invoking the notice clause (Clause 5.2) located on pages 7 and 8 of the above Agreement.

We are hereby giving K12 "Notice of Non-renewal" as required by the Agreement. This notice is required at least eighteen (18) months prior to the expiration of the current Agreement, which is June 30, 2015.

Respectfully,

Travis N Gery
President, Board of Trustees
Agora Cyber Charter School

Cc: Howard Polsky, K12 General Counsel