# Exhibit C

**AGORA**
**CYBER CHARTER SCHOOL**℠

powered by K12

995 Old Eagle School Rd
Suite 315
Wayne, PA 19087
ph 610.254.8218
fax 610.254.8969
www.agora.org

November 8, 2012

K12 Virtual Schools, LLC
Chip Hughes
Executive Vice President of School Management and Services
2300 Corporate Park Drive, Suite 200
Herndon, VA 20171

RE:   EDUCATIONAL PRODUCTS AND SERVICES AGREEMENT SIGNED AND DATED 12 NOVEMBER 2009 BETWEEN AGORA CYBER CHARTER SCHOOL AND K12 VIRTUAL SCHOOLS, LLC

Dear Chip Hughes,

This is to clarify my letter of July 28, 2012. As you know, the current Educational Services Agreement includes an automatic renewal provision under which the agreement will renew under the same terms and conditions unless notice of intent not to renew is provided. My original letter was not intended to suggest that Agora Cyber Charter School intends to disassociate itself from K12. The purpose of the letter was simply to fulfill the notice requirement contained in the current Educations Services Agreement.

As we have discussed, the Agora Cyber Charter School Board of Trustees is would like to begin negotiations with K12 regarding the provision of educational services after the expiration of the current Educational Services Agreement and the costs associated therewith.

I look forward to our ongoing discussions.

Respectfully,

Travis N Gery
President, Board of Trustees
Agora Cyber Charter School

Cc: Howard Polsky, K12 General Counsel