# Exhibit D



**CONTENTS**

CALL PARTICIPANTS      2

PRESENTATION      3

QUESTION AND ANSWER      9

# K12, Inc. NYSE:LRN

## *FQ4 2014 Earnings Call Transcripts*

Thursday, August 14, 2014 12:30 PM GMT

## S&P Capital IQ Estimates

| | -FQ4 2014- | | | -FQ1 2015- | -FY 2014- | | | -FY 2015- |
|---|---|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS |
| **EPS Normalized** | 0.22 | 0.22 | ●0.00 | (0.04) | 0.86 | 0.91 | ▲5.81 | 1.06 |
| **Revenue (mm)** | 221.04 | 232.05 | ▲4.98 | 250.12 | 908.52 | 919.55 | ▲1.21 | 983.34 |

Currency: USD
Consensus as of Aug-14-2014 12:30 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ4 2013** | 0.03 | 0.06 | ▲①100.00 % |
| **FQ1 2014** | (0.13) | (0.13) | NM |
| **FQ2 2014** | 0.34 | 0.36 | ▲②5.88 % |
| **FQ3 2014** | 0.38 | 0.40 | ▲③5.26 % |

COPYRIGHT © 2015, S&P CAPITAL IQ, A PART OF MCGRAW HILL FINANCIAL.

# Call Participants

## EXECUTIVES

**James J. Rhyu**
*Chief Financial Officer and
Executive Vice President*

**Mike Kraft**
*Vice President of Investor
Relations*

**Nathaniel Alonzo Davis**
*Executive Chairman, Chief
Executive Officer and Member of
Academic Committee*

**Timothy L. Murray**
*President and Chief Operating
Officer*

## ANALYSTS

**Corey A. Greendale**
*First Analysis Securities
Corporation, Research Division*

**Jeffrey P. Meuler**
*Robert W. Baird & Co.
Incorporated, Research Division*

**Jeffrey Scott Lee**
*Wells Fargo Securities, LLC,
Research Division*

**Jerry R. Herman**
*Stifel, Nicolaus & Company,
Incorporated, Research Division*

**Sou Chien**
*BMO Capital Markets Equity
Research*

Copyright © 2014, S&P Capital IQ, a part of McGraw Hill Financial.

# Presentation

**Operator**

Greetings, and welcome to the K12 2014 Fourth Quarter and Full Year Earnings Conference Call. [Operator Instructions] As a reminder, this conference is being recorded. It is now my pleasure to introduce your host Mike Kraft, Vice President of Investor Relations. Thank you. Sir, you may begin.

**Mike Kraft**
*Vice President of Investor Relations*

Thank you, and good morning. Welcome to K12's Fiscal 2014 Earnings Conference Call. Before we begin, I would like to remind you that in addition to historical information certain comments made during this conference call may be considered forward-looking statements made pursuant to the Safe Harbor provisions of the Private Securities Litigation Reform Act of 1995 and should be considered in conjunction with cautionary statements contained in our earnings release and the company's periodic filings with the SEC.

Forward-looking statements involve risks and uncertainties that may cause actual performance or results to differ materially from those expressed or implied by such statements.

In addition, this conference call contains time-sensitive information that reflects management's best analysis only as of the day of this live call. K12 does not undertake any obligation to publicly update or revise any forward-looking statements.

For further information concerning risks and uncertainties that could materially affect financial and operational performance and results, please refer to our reports filed with the SEC, including, without limitation, cautionary statement made in K12's 2014 Annual Report on Form 10-K. These filings can be found on the Investor Relations section of our website at www.k12.com.

In addition to disclosing financial results in accordance with Generally Accepted Accounting Principles in the U.S., or GAAP, we will discuss certain information that is considered non-GAAP financial information. A reconciliation of this non-GAAP financial information to the most closely comparable GAAP information was included on -- in our earnings release and is also posted on our website.

This call is open to the public and is being webcast. The call will be available for replay on our website for 30 days.

With me on today's call is Nate Davis, Chief Executive Officer and Chairman; Tim Murray, President and Chief Operating Officer; and James Rhyu, Chief Financial Officer.

Following our prepared remarks, we will answer any questions you may have. I would like to now turn the call over to Nate. Nate?

**Nathaniel Alonzo Davis**
*Executive Chairman, Chief Executive Officer and Member of Academic Committee*

Good morning, everyone, and thanks for joining us on the call today. I'm pleased to say that we ended fiscal year 2014 with solid results. Both for the quarter and the full year our results met the guidance we provided.

Revenue for the year was $919.6 million, increasing 8.4% year-over-year. Our operating income, excluding the charges recorded for the second quarter, was $55.1 million, increasing 20.6% year-over-year. And our capital expenditures were $73.5 million, slightly below the $75 million we invested the prior year. As I said last quarter, our financial performance this year is a direct result of the discipline we have instilled in the assignment of resources.

Regarding operational performance. The entire organization is very committed to our core focus on academic outcomes. Our investment philosophy over the next couple of years is to drive operational

Copyright © 2014, S&P Capital IQ, a part of McGraw Hill Financial.

excellence in academics, with well-placed expenditures in 3 key areas, as well as key investments in products to serve the growing market of online programs in public school districts.

So the 3 areas are: First, we will invest in the effectiveness of our school workforce. We're expanding our training and professional development programs for our teachers, and we recently established a new program to better develop our local school leaders or what we call heads of schools. We will seek to provide more teachers and more teacher coaches as well.

Second, we will continue the development of new instructional approaches that increase student and parental engagement. An example would be more hybrid or part-time face-to-face learning environments for those students who need it the most.

And third, we will enhance our curriculum in our systems architecture. We've talked about this before. This includes improving core systems with an eye toward mobility, more information for teachers about individual student progress, greater accessibility for students with disabilities and updating our content as state standards and state assessments change. This is a multiyear effort that will support growth initiatives and performance for our Managed Public Schools in the short run, as well as our International Private Pay and Institutional groups over time.

I've been asked multiple times for the vision of where this company is headed. I want to be clear that our #1 mission will always be improving the academic outcomes for all students we serve and supporting the independent boards in their quest to build great schools. But I do see a transition in education to more hybrid models and more traditional school districts offering online summer courses, online supplemental programs and full-time district-run online programs. This is why our Institutional business that we branded Fuel Education is so important to us. This is the way we will participate in the growth of technology in the classroom in the United States. I'm encouraged by the number of programs we see coming online for which we are a competitive provider.

Before I hand the call off to Tim to review some operational highlights, I wanted to provide you a status on our Managed Public Schools' enrollment season, which began in early April and will go through early October of this year. From an operational standpoint, we have effectively executed on our commitment to improve processes, streamline operations and provide new reporting and tools for the enrollment season. I believe the majority of the issues that we faced last enrollment season have been addressed.

The new Parent Portal application process has been built and deployed. This portal is performing as expected and reduces the number of steps to enrollment. This provides families better information and better control over the enrollment process. Families can upload compliance documents on their own, easily add multiple students to the family account, track their enrollment process and perform other functions. In addition, the new K12-owned cloud-based telephony platform is now live. This improves our management of inbound calls. The new family support center in Knoxville, Tennessee opened on schedule in May. We have hired, trained and onboarded 152 employees to date and plan to increase total employee capacity to approximately 330 by the end of the year, as we prepare for next year's enrollment season. And we've built and deployed a new suite of internal reports that provide greater [indiscernible] visibility from media acquisition to the student interest to applications all the way to enrollment.

At the same time, while it's too early to predict with any certainty, our total enrollments for 2014-2015 school year, there have been a number of -- there've been a few developments, which are creating some headwinds and challenges to enrollment growth, and I'd like to highlight some of those for you now.

First in Tennessee. The education commissioner reported that annual assessment scores for the 2013-2014 school year at the Tennessee Virtual Academy, which we manage, in total, the scores were low. At some -- at the same time, he concluded, those students who persisted in the school for 2 or more years performed at a reasonable level, scoring a 3 out of 5, which is significant improvement from previous years. The commissioner stated that the Tennessee Virtual Academy students have shown improvement in years 2 and 3, and that the challenges rested primarily with first-year students. The net result was that the commissioner asked the Union County Public School, our partner, not to take new enrollments after July 10 because it was the new students who were bringing down the school's overall score. And just so you understand the potential impact, in the first 2 years, the last 2 years of the school, we had an average

Copyright © 2014, S&P Capital IQ, a part of McGraw Hill Financial.

of approximately 3,000 students per year in enrollment in the Tennessee Virtual Academy. So when this cap on new student growth was enacted, K12 had to turn away approximately 2,000 students within the enrollment process who were already interested in attending the program this fall and potentially more as the season progressed.

The positive point here is that the Tennessee experience again underscores what we've said repeatedly about persistence. For those students who stayed with the K12 program, even for students who come into the program behind grade level, academic results improve each additional year they're in the program.

Second, Colorado. In Colorado, one of our partners took longer than expected to finalize their state-authorized charter renewal. And subsequently, the contract with K12 took longer. While that renewal was eventually secured, the result was a delay in the beginning of the enrollment season for this fall. Last year, this school opened fall enrollment in mid-June. This year, enrollment began in late July, and we believe the shorter enrollment time frame will translate into lower Colorado enrollment this season compared to previous years.

And third, on a more macro level, while I see the overall market adoption for online education growing because families today have more choices in choosing full-time and part-time virtual programs for their child. In the past, if you are a family seeking a virtual education option for your son or daughter, the only choice you had was a full-time managed program, like the ones K12 manages. Today, there are more public schools and districts that offer summer online courses, in-season electives online, supplementary skill-specific online programs and full-time programs run by the public school district itself. The number of online options is broader, and we believe that the overall demand for virtual choice is increasing.

As I mentioned earlier, K12, through our Institutional group, FuelEd, is participating in this market shift and we're seeing an increase in the interest of our services we offer. However, in the short term, these market dynamics create a challenge to enrolling school students in the public schools. To bring that home for you in specifics, in the state of Pennsylvania, the overall growth rate for enrollments for online charter schools, according to Pennsylvania Department of Education, has slowed from 11.7% in school year 2010-11 to 4.1% in '13-'14.

In Ohio, the growth rate in the same period has slowed from 5.5% per year to 0.5% in 2014, according to the Ohio Department of Education and the National Education Center -- Policy Center. And there are similar stats in Arizona, another state where online schools have existed for some time, but the growth in online programs has now slowed down.

To give you a balanced point of view, Texas, Michigan and Georgia are relatively new markets compared to Ohio, Arizona and Pennsylvania. The penetration in those markets is less for us. Growth in Texas, Michigan and Georgia online programs remain strong. But at some point, we do believe New Jersey, Illinois, Connecticut, Kentucky and New York will become states allowing online charter schools and will experience the same growth that these other states experienced. In fact, legislation in North Carolina was enacted this past year, allowing 2 online charter programs to be authorized and to convert to permanent programs in 4 years if successful. We certainly will attempt to be one of the education management organizations for the charter boards who receive authorization.

All of the headwinds I just mentioned are all on top of our school boards and K12 itself, pushing to keep students enrolled only if they're truly engaged and ready to learn. We help students in every way we can, but if they're not engaged, they often have to shift back to the structure of the traditional brick-and-mortar school, and those withdrawals hurt our enrollment as well.

Now with all these key factors, keep in mind, we just started in the busiest portion of the enrollment season. Every day we're enrolling new students for the upcoming academic year and will continue do so through the end of September. There will continue to be a lot of variability over the coming weeks and, therefore, we cannot take final enrollments and where they will land. In the meantime, we wanted to share with you these events and challenges we're facing to help you understand the growth trends we're seeing for the upcoming year.

Thanks very much. And now let me hand it off to Tim. Tim?

Copyright © 2014, S&P Capital IQ, a part of McGraw Hill Financial.

**Timothy L. Murray**
*President and Chief Operating Officer*

Thanks, Nate, and good morning, everyone. We had a very busy quarter, closing out the school year with students participating in year-end state standardized exams before heading off to summer vacation. We moved a number of initiatives forward and, once again, our education solutions and products won industry awards that acknowledged K12's innovation and quality.

Operationally, student experience levels through the end of the year were consistent with expectations. System-wide performance exceeded 99% availability for our Learning Management platform and for our PEAK solution for school districts.

We, of course, continue to build out K12 portfolio of courses. This quarter, we released a number of new course options, including enhanced assessments for primary and middle school students and expansion of our use of games as part of our mobile and desktop applications and customized curriculum to meet state-specific requirements.

And we're always proud to be recognized by our peers in this sector and, once again, the K12 team garnered new accolades. K12's Embark Online and Noodleverse applications won both the 2014 Parent's Choice and the 2014 Mom's Choice awards.

Turning now to our Institutional business. We expanded the PEAK library to include more choices for schools and added the capability for schools to utilize additional third-party applications, like YouTube Education and the Khan Academy, through the PEAK application. The K12 platform now also allows teachers to upload their own content to create new courses or supplemental information. We will continue to invest to expand the capabilities of this platform to provide schools with a choice of a single application for online course management, analytics and reporting.

K12's technology team continues to excel, moving many projects forward this quarter. We enhanced school analytics, improved the efficiency of school management solutions and addressed upgrades and improvements for the existing Learning Management solutions, including the ability to publish new mobile compatible content for our middle school students.

In addition, we successfully migrated our software development and reporting hardware environment to increase performance, stability and future scalability needs. Going forward, we expect to be able to accelerate our software deployment capabilities through the use of new automated software build-and-deploy capabilities developed by the team in this quarter.

And I want to note here that we're especially excited to end this year with over 6,000 students graduating from K12 partner schools. This is a 50% increase over last year and, therefore, we'll have to replace some 2,000 more students than we did the previous year. Those K12 graduates are going on to schools and universities of all types, including names like Boston University, New York University, George Washington University, Texas A&M, Georgia Tech and the University of North Carolina, just to name a few. And graduates are also going into the military or vocational training or directly into the workforce. We're very proud of each and every one and excited about their accomplishments and wish them well in their next endeavor.

And finally, let me note that we launched 4 new schools this quarter and will be open for the school year starting in the fall: the Insight School of Oklahoma; the Insight Schools of California, one in Los Angeles and one in San Diego; and the Hill House Passport Academy in Pittsburgh. These schools will specifically support at-risk students and those behind grade level with a comprehensive set of support programs in addition to academic courses. These schools represent the best of what we do, serving students across the learning spectrum. And it's especially gratifying to recognize K12's very positive impact on students and families that need that extra support to achieve success. We're excited about the challenges we have before us and keenly focused on our students and our schools.

Thanks very much. Let me now hand the call over to James.

**James J. Rhyu**

Copyright © 2014, S&P Capital IQ, a part of McGraw Hill Financial.

*Chief Financial Officer and Executive Vice President*

Thanks, and good morning, everybody. As Nate already mentioned, we posted revenues of $919.6 million for the year and an operating income of $55.1 million, excluding the impact of the $32 million of charges we posted in the second quarter. The operating income is right in the middle of the range we have been providing and revenues came in a bit above the range we last provided in Q3.

We achieved our financial goals this year, while continuing to make investments in our business, as Nate previously mentioned. Our primary investments this year have been to improve academic outcomes and that will continue into next year. It's worth noting that while we expand investments in our key academic initiatives, we were also able to more than double free cash flow, to $50 million from $20 million we posted last year. We began the year indicating we were going to be disciplined in our investment approach, and I think we demonstrated our ability to do so.

Now let me take you through some details of our quarter and the full year. Revenue for the quarter was $232 million, an increase of 14% over the year-ago quarter. For the full year, revenue at $919.6 million was an 8.4% increase over the prior year. The growth in the quarter was largely driven by a 17% increase in our Managed Public Schools revenue. A combination of factors impacted revenue in the quarter, included timing, revenue capture and year-end funding adjustments, among other variables. We don't see this revenue increase as a structural trend carrying into next year. The full year revenue increase in our Managed Public Schools at 10% was in line with our expectations, keeping in mind that we've told you that our phasing of revenue through the year was going to be more evenly spread than the prior year.

Institutional Sales revenue decreased $0.5 million, or 3.1%, from the prior, and rose sequentially almost 23%. As we previously discussed, we see this business in transition heading into next year. In addition, for this fiscal year, we recorded approximately $4 million of Institutional sales that were related to divested businesses in June of this year, so the year-over-year comparison next year will need to consider the divested amount.

Our International and Private Pay Schools revenue was flat on a year-over-year basis. The year-over-year comparison was also impacted by the business that we divested toward the end of the year. For the full year, the divested businesses contributed almost $13 million of revenue. On a full year basis, the International and Private Pay business grew almost 10%.

Gross margins increased from 36.4% last year to 38.8% due to the higher revenue in the quarter, and came in line plus or minus where we expected to be for the year. Selling and administrative and other expenses increased 13% to $74.8 million on a year-over-year basis. As we've previously indicated, we ramped up some of our promotional activities earlier in the season as compared to last season.

Product development expenses for the quarter were $2.3 million compared to $6.3 million in the prior year. This is consistent with the trend we've been seeing throughout the year. Operating income was $12.8 million for the quarter versus $1.4 million last year.

Now let's turn to some other items. We ended the quarter with cash and cash equivalents of $196.1 million, which represents an increase of $14.6 million from the prior year. Net cash provided by operating activities was $123.5 million, which is an increase of $28 million from the year-ago period, largely as a result of improvements in net working capital, somewhat offset by the lower starting operating income -- sorry, lower starting net income. Accounts receivable rose 4.4% to $194.7 million, largely in line with the enrollment growth for the year. Our DSO was also marginally better this quarter compared to last year.

The company continued to repurchase shares in the quarter, investing $21.9 million to purchase 953,000 shares of common stock. We had $26.5 million remaining available under authorization as of June 30.

CapEx, as we've historically defined it, which includes curriculum and software development, computers and infrastructure, was $18.3 million for the quarter, or basically flat on a year-over-year basis. On a full year basis, CapEx came in at $73.5 million, which, on the same basis, is marginally lower than either fiscal year 2013 or fiscal year 2012, which were in the $75 million to $76 million range. We indicated earlier in the year we would be between $75 million and $85 million in CapEx, but that we would also be disciplined

Copyright © 2014, S&P Capital IQ, a part of McGraw Hill Financial.

in our spend. We are going to continue to invest in key areas, whether that's for platforms or content, consistent with what we've been saying all year.

Our tax rate for the quarter and for the year came in better than we previously indicated, at approximately 38%. We drove some better discipline in our tax planning compliance, which helped our -- which has helped our effective tax rate for the year.

As previously announced, we closed the sale of select businesses during the first half of June. Those businesses had revenues of $16.9 million for this fiscal year and were close to breakeven on an operating income basis. We also recorded a gain on the sale of $6.4 million, or about $0.11 per share. I've already provided you the split between our Institutional sales and International and Private Pay business, so please be mindful of that as we discuss our results for those businesses next year.

With that, I'll hand the call over back to Nate.

**Nathaniel Alonzo Davis**
*Executive Chairman, Chief Executive Officer and Member of Academic Committee*

Thank you, James. Before we move to Q&A, I want to remind everyone that we're in the midst of the enrollment season and, therefore, we are unable to address questions regarding fiscal year 2014 enrollment and revenue guidance. I know everyone is keenly interested in our progress, but I ask you to refrain from asking questions that attempt to get into specific revenue or specific enrollment guidance that we'll be giving in October.

So now let's move to Q&A. Operator, who's our first question from?

Copyright © 2014, S&P Capital IQ, a part of McGraw Hill Financial.

# Question and Answer

**Operator**

[Operator Instructions] Our first question comes from the line of Corey Greendale with First Analysis.

**Corey A. Greendale**
*First Analysis Securities Corporation, Research Division*

Nate, so I will honor your request, but I did have a couple of more specific questions. Can you give us -- is there any update on Agora and either the timing or any feedback you've heard on that?

**Nathaniel Alonzo Davis**
*Executive Chairman, Chief Executive Officer and Member of Academic Committee*

They had one board meeting. The board did have one board meeting where they made some decisions and indicated a clear interest to be a self-managed organization. Beyond that, we don't really know because we're not going to hear until the next board meeting, which is August 25, I believe. After that board meeting, I'm sure we'll hear more. So there really isn't much to update you on, other than the next board meeting is August 25 and we'll learn more then.

**Corey A. Greendale**
*First Analysis Securities Corporation, Research Division*

Okay. Did you expect that there will be some decision and that's a press-releasable event?

**Nathaniel Alonzo Davis**
*Executive Chairman, Chief Executive Officer and Member of Academic Committee*

As of August 25? Are you asking about that date?

**Corey A. Greendale**
*First Analysis Securities Corporation, Research Division*

Yes.

**Nathaniel Alonzo Davis**
*Executive Chairman, Chief Executive Officer and Member of Academic Committee*

I think they will make a decision. I don't think they will issue a press release. We probably won't until they talk to us and explain the decisions they made. Of course, we'll be at the meeting, we'll be talking to them, but there'll be conversations right after that, so I think you should not expect on August 25, 26, there'll be a press release. But you should expect in the coming weeks, as soon as we understand whatever decisions they made, we will then issue a press release.

**Corey A. Greendale**
*First Analysis Securities Corporation, Research Division*

Okay. And then you were nice enough to give us some sense of the impact from Tennessee. Could you help us kind of get our heads around the potential Colorado impact? Like, just what the number was last year?

**Nathaniel Alonzo Davis**
*Executive Chairman, Chief Executive Officer and Member of Academic Committee*

Well, we don't give a by-school enrollment number. I gave you Tennessee because it's actually in the public domain. I would tell you that Colorado, I think, is not in the same size as Tennessee. It's smaller than that impact. But other than that, I try not to give state-by-state enrollment projections for obvious reasons.

**Corey A. Greendale**

Copyright © 2014, S&P Capital IQ, a part of McGraw Hill Financial.

*First Analysis Securities Corporation, Research Division*

Okay. And Tim somewhat gave part of this, but could you help just -- I understand you're trying to set reasonable expectations. Just tick off a few of the offsets. Like, what are some of the positives that could help drive growth offsetting some of the things you pointed out?

**Nathaniel Alonzo Davis**
*Executive Chairman, Chief Executive Officer and Member of Academic Committee*

I'll take a little bit of that and, Tim, you do some as well. We talked about the operational improvements that we put in place, and I think those operational improvements are allowing us to get greater conversion from leads into ERs, easier for parents to get into the Parent Portal, to get their documents uploaded, to get -- to become a completed application. We're also seeing, because we put more money into the promotional activities earlier in the year, we saw greater lead volumes early in the year. However, I want to temper all that by saying I think the big issues that I gave you as trends, big states like Ohio and Pennsylvania, where we traditionally got a lot of growth, those states are slowing down. So we've had some offsets, more leads, but less conversion in states like Pennsylvania and Ohio and Arizona that are offsetting each other.

You want to add anything, Tim, or is that...

**Timothy L. Murray**
*President and Chief Operating Officer*

Yes, I would just say we're a couple of weeks earlier this year having this conversation than we were last year, so we still have more of the enrollment season in front of us. So all of the operational improvements that Nate just alluded to, we've got a good 6 weeks ahead of us to see the impact of those.

The other thing I would add is, in terms of the new schools that I noted that are opening this coming season, each of those are -- will get started in a small way, but they're targeted in the 100 to 200 students per school range, Hill House Passport Academy, the Insight School of Oklahoma, et cetera. So we do expect some positive benefit there and more in the future.

**Corey A. Greendale**
*First Analysis Securities Corporation, Research Division*

Okay, that helps. And then, James, you characterized the marketing spend as being pulled forward. Does that suggest that we would expect a lesser growth rate in Q1 because it was pulled forward into Q4 of '14? Or is it more likely to be up at a similar rate year-over-year in Q1 as it was in Q4?

**James J. Rhyu**
*Chief Financial Officer and Executive Vice President*

Yes, Corey, I apologize if I said pull forward. I didn't -- I actually, I didn't think I said pulled forward. I think we started a little bit earlier this year in this season. We are monitoring our promotional spend very closely. I'm not going to give guidance yet on what we're going to end the year with, but we're going to continue to invest in promotional activities throughout the course of this season that's going to end in early October.

**Corey A. Greendale**
*First Analysis Securities Corporation, Research Division*

Okay. You're correct. I interpreted the earlier start as pull forward, but thanks for the clarification. And then just one more on the cost side. The things that you talked about, about providing more teachers, more hybrid learning environments, that all sounds like it grows the market opportunity and improves outcomes. It also could change the margin profile. So could you just comment on kind of the impact on the cost side from doing those things?

**Nathaniel Alonzo Davis**
*Executive Chairman, Chief Executive Officer and Member of Academic Committee*

Copyright © 2014, S&P Capital IQ, a part of McGraw Hill Financial.

I do believe that it will increase costs in the coming fiscal year. It's the right investment, we think, to make. It's primarily focused on student outcome more than it is market opportunity. It's really the student outcomes we're focused on. So yes, I think that the teachers cost money. And to the extent that we add teachers, we will imburse -- we will incur some of that cost. The boards and their own funding sources from the state will incur some of that. So it's not like 100% of that hits our P&L. Some will actually come out of their surpluses or come out of funding sources they'll get from the state. But certainly, it will change our cost structure a bit and we'll have a little higher cost on the instructor side.

**James J. Rhyu**
*Chief Financial Officer and Executive Vice President*

Just a little more context for you, Corey. I think we discussed this a couple of quarters ago, where we indicated that we probably would have some gross margin contraction during the course of this year. We experienced about 80-basis-point contraction during the course of this year relative to last year. As Nate indicated, we're going to continue to invest, so I think you would expect some continued contraction. And we'll give you a little more color as we get into next year and get -- and provide some guidance for the year. But as Nate said, we are going to continue to invest. So from that -- just from that pure metric, you'll expect a little more contraction, I think.

**Nathaniel Alonzo Davis**
*Executive Chairman, Chief Executive Officer and Member of Academic Committee*

So James is giving you the numbers. Let me give you the -- one quick statement about why. We believe it's really important to make sure that we give every effort to making sure that students have the right teacher support and getting the right academic support, because that keeps schools open, that keeps the boards happy and that's what keeps us in business. So this is a critical investment we have to make.

**Operator**

Our next question comes from Jeff Meuler with Robert W. Baird.

**Jeffrey P. Meuler**
*Robert W. Baird & Co. Incorporated, Research Division*

Let me ask you about your choice of words. Nate, you're using the phrase growth trends. Directionally, are you trying to indicate that you would still expect this fall next year to be an enrollment growth year?

**Nathaniel Alonzo Davis**
*Executive Chairman, Chief Executive Officer and Member of Academic Committee*

Over a multiple years, I would say, yes, we expect them to grow. The volume of growth is something that is very difficult for us to project. As we go through this season, we're learning more. We learned that in the bigger, older, more higher-penetrated states, we're going to get less growth. In the newer states, we get more growth. The offset for those, I really can't tell you at this point. But do I expect some positive growth? I do expect it, but I just can't tell you how much.

**Jeffrey P. Meuler**
*Robert W. Baird & Co. Incorporated, Research Division*

Okay, that's helpful. And then can you just maybe talk about how the competitive landscape tends to evolve over the first 10 years that -- after a state opens up to online schools? And I'm asking from the standpoint, like, is it more that you and your large for-profit competitor tend to kind of be the main players in a state for the first 5 years? And then once there's a certain level of market demand, you tend to see the state-hosted offerings coming into the market? So just trying to kind of figure out if you're largely funding the investment for the first however many years, and then once there's critical mass in the market, if that's when you see the state's sponsored entities coming to the market.

**Nathaniel Alonzo Davis**
*Executive Chairman, Chief Executive Officer and Member of Academic Committee*

Copyright © 2014, S&P Capital IQ, a part of McGraw Hill Financial.

This has changed over time. So the answer to your question is, today, yes. What generally happens is, is that we and the other largest competitor tend to be the first 2 in, and we tend to spend the most on the process of getting approvals, and getting authorization and getting the state to adapt the laws. Nationalized charter schools also helps. So there's a number of party that participate in that process. But once the first set of applications come along, in this current environment, we tend to be the 2 large players that come in it first.

However, in previous years, in the early years of this industry, there were other players who were significant players, especially when you at Ohio, in Pennsylvania. They had schools that were sponsored by other parties. Some of those parties have gotten themselves in some trouble legally and have gone away. Others are still there. So if you look at the large schools in Ohio and the large schools in Pennsylvania, it's not just us and Pearson. It's -- there are a couple of large players. We think, going forward, there will be even more competition for the big schools in big states. We think we will always be the leader. But there's no doubt about it, more people have looked at this market and said, "Wow, there's attractive market there. I want to be in it"

**Jeffrey P. Meuler**
*Robert W. Baird & Co. Incorporated, Research Division*

Okay. And then just finally, on the -- how to think about kind of the expense year. And kudos to you for coming in to your guidance. I'll call myself out that I was skeptical entering the year. So kudos for hitting the EBIT guidance. How should I think about the kind of the expense management? And I'm asking that from the standpoint that, during the call, I think that you referenced being more disciplined around how you think about what investments you should fund and things along those lines. But my recollection was that in the past, James, that you've also cautioned that in the year-ago period that you're comping against, you had some investments in anticipation of a big enrollment year. So I'm just trying to think about how expenses will trend going forward. And if they're -- how we should maybe think about incremental margins?

**James J. Rhyu**
*Chief Financial Officer and Executive Vice President*

Yes, so, Jeff, thanks for the call and I do remember your skepticism earlier in the year. And I think that, as we see think about the business, Nate and Tim and I are -- we're really focused on academic outcomes primarily. And so when we think about investments, whether they're CapEx, whether they're the instructional costs we mentioned earlier, whether -- even when we think about our promotional activities, we are considering investments that will improve academic outcomes. And so I mentioned that there's probably a little bit of contraction in the gross margin side because of some of the educational investments that we're going to make that Nate referenced. I think that if you look at the trajectory of the product expenses, we have tightened up on those from an OpEx perspective. However, we are going to continue investing in product and curriculum. And so if you just looked year-over-year, this year to last year, the P&L got, I think, some benefit from it. But you should expect some continued investment in curriculum and product. Similarly, on things like software investments and things like that, our platform investments -- and Nate mentioned this in his remarks, investments in the PEAK platform for our Institutional side of the business, those will continue. And I can't give you -- some of that, there's a mix of CapEx versus OpEx in that. I'm not going to give exact guidance. But in the long term, we do think that there's margin growth in this business over the long term. It might be a little bit choppy over the shorter term.

**Operator**

Our next question comes from the line of Jerry Herman with Stifel.

**Jerry R. Herman**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Nate, I want to start with sort of a high-level question. You were helpful in terms of explaining some of the changes and transitions and shifts in the business. There's been a couple of examples where your partner have talked about taking some of the services that you're -- that you provide in-house, i.e., Kansas City,

Copyright © 2014, S&P Capital IQ, a part of McGraw Hill Financial.

Pennsylvania. Do you see that as a developing trend in some way? And if so, how do you think it sort of impacts the business model over time?

**Nathaniel Alonzo Davis**
*Executive Chairman, Chief Executive Officer and Member of Academic Committee*

Very interesting. I see some positives and some negatives from that. I don't know that I can say it's a trend, but I will just give you some facts. It was May of 2006, I believe, when PAVCS decided that they we're going to be self managed and go in-house. At the same time, we established another school that we were working with, called Agora. And Agora has grown dramatically and PAVCS has been a good school, staying at the same size. Since that time, yes, Colorado, and we've disclosed Colorado and Hawaii have done the same thing, but we've got other schools in Colorado. So I think you will see that we continue to pursue second and third schools in the state, both for academic at-risk and for other reasons, including CTE. So when you look at that, there's some balance.

In terms of the business model and how it changes the business model, remember that there's a lot of expense associated with managing a school. So if the board decides to take that work on themselves, that expense come out of our P&L. We were the curriculum provider for PAVCS. We hope to be the -- we're the curriculum provider for Colorado, and we hope to be the curriculum provider for anybody who decides to go self-managed. The strength of our program is in our curriculum, and we think that's the -- one of the great assets we have. So I think there will be some change where costs come out of the P&L, revenue comes out of P&L, but we still continue what I could consider to be a very good margin curriculum business, and that's how I think it changes.

**Jerry R. Herman**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Great. And I guess one for James and, well, for all of you, for that matter. Your cash balance is obviously very healthy. You've making -- you've taken action to buy some shares. Again, given sort of some of the transitions in the market, how do you look at the portfolio right now and what role might acquisitions and M&A take in terms of business positioning and use of cash going forward?

**Nathaniel Alonzo Davis**
*Executive Chairman, Chief Executive Officer and Member of Academic Committee*

We've been asked that question many times: If you look at the cash we have, "Why don't you dividend it to shareholders?" "Why don't you use it to buyback more shares?" We did it to the tune of an authorization program of $75 million, but we didn't do bigger -- higher numbers because the board believes, and I believe, that this is a growth market and an opportunity. So we do look that, as we got look -- that as we got the core business more -- better managed, we do look at opportunities to do acquisition. We've looked at a couple in the last 6 months. Neither one actually came about, but we're looking at more out in the marketplace. As you know, the multiples are very high in many of the businesses that are out in the marketplace, so we try to be very smart about it. Some people have been frustrated because we're sitting on the money, but it's not that we're not looking at opportunities, it's simply we're trying to make sure we make the right investment. I think you will see more acquisitive activity going forward, not in the core business, but in those adjacent businesses, especially in maybe the Institutional area, that give us an opportunity to keep growing and participating in that market growth.

**Operator**

Our next question comes from the line of Jeff Lee with Wells Fargo.

**Jeffrey Scott Lee**
*Wells Fargo Securities, LLC, Research Division*

I just wanted to get a little more background about Agora. Do you think you can give us some color on parent, student or teacher satisfaction scores at Agora relative to the national average? And then also maybe some color on state test scores at Agora and what's sort of either improvement or decline they've showed recently?

Copyright © 2014, S&P Capital IQ, a part of McGraw Hill Financial.

**Nathaniel Alonzo Davis**
*Executive Chairman, Chief Executive Officer and Member of Academic Committee*

Well, let me comment on state test scores and then Tim can comment on parent satisfaction scores. On state test scores, they have not yet been released for this year, so I don't know where they stand at this point in time. The state is a little slow in getting its data out. I don't think they're slower than their normal average, but slower than some others. I don't really know where it stands. We don't expect a dramatic improvement or decline. We expect Agora to get slightly better, and that's sort of our expectation, but I don't -- I haven't seen the stats yet.

**Timothy L. Murray**
*President and Chief Operating Officer*

Jeff, we can refer you back to the K12 annual Academic Report that was published earlier this year, where you can see the historical Agora results against all the other schools that we support as well.

And in terms of the parent satisfaction results, we don't typically disclose how they compare between one school and another. But as Nate said, we see trends there that are consistent with past years in Agora. We're just now collecting and processing those results across all of our schools, so it's a little early to draw any firm conclusions just yet.

**Nathaniel Alonzo Davis**
*Executive Chairman, Chief Executive Officer and Member of Academic Committee*

I will -- you asked also about teacher satisfaction. I'll remind you that teachers work for Agora. They don't work for K12. And Agora did go through a significant discussion about unionization multiple times, multiple years. And so the board has been working with us to make sure that we satisfy teachers as best we can, because we don't think that unions could do a better job than us. So there are some concerns among a set of teachers. There's also some very strong support for teachers who don't believe a union should be in between them and their board. So there's some, I would say, mixed results on teacher satisfaction at the Agora school.

**Jeffrey Scott Lee**
*Wells Fargo Securities, LLC, Research Division*

Okay, then one more for me. I know you make disclosures about Agora revenue in your 10-K. I was wondering if you'd give some color on EBITDA contribution from Agora.

**Nathaniel Alonzo Davis**
*Executive Chairman, Chief Executive Officer and Member of Academic Committee*

Well, we don't report on a segment or a school basis, as you know, so we can't. But I -- it's pretty obvious to everybody that Agora has a higher reimbursement rate because the state of Pennsylvania does. So I think it's a good margin business. I don't think we can disclose anything more than that.

**James J. Rhyu**
*Chief Financial Officer and Executive Vice President*

You also have to remember that most of our costs -- or many of our costs, except for those direct costs, like teachers, are structural costs across our network. So things like our platforms and things like that are not school specific often. Sometimes we do school-specific things and we make school-specific adjustments, but a lot of our curriculum is network -- is across our network, et cetera. So you'd only really get to kind of a contribution margin type of line for any school. You'd never get to an EBITDA, anyway.

**Nathaniel Alonzo Davis**
*Executive Chairman, Chief Executive Officer and Member of Academic Committee*

And remember in Pennsylvania -- I'll go back to one other thing that's very, very important to remember and that is the teachers are on the payroll of the school. So it's -- the cost associated with that is sort of a direct cost with -- that the school incurs on teachers. So while there's a high reimbursement rate, there's also -- that's a teacher cost that the school really deals with.

Copyright © 2014, S&P Capital IQ, a part of McGraw Hill Financial.

**Operator**

Our next question comes from the line of Jeff Silber with BMO Capital Markets.

**Sou Chien**
*BMO Capital Markets Equity Research*

It's Henry Chien calling in for Jeff. I wanted to ask a little bit about the increases in revenue per student. I know you mentioned some of it was due to shifts in the calendar. Is there anything else driving that in the quarter?

**James J. Rhyu**
*Chief Financial Officer and Executive Vice President*

Henry, it's James. There's always -- every quarter, there's a number of puts and takes. We kind of -- the year-over-year comp is a little bit just distorted. Just -- we've mentioned earlier in the year that just kind of the way that the timing of the revenue is going to come in this year would be a little bit different. So some of the quarterly year-over-year comp is driven just by that phasing during the course of the year. This year that's different than last year. We have everything from capture, as I mentioned, which we are continuing trying to improve. There's some timing issues. We do get some adjustments in some quarters, either from state audits or things like that. So a lot of puts and takes, so we really don't go into detail. But as I said, the quarterly year-over-year trend -- or the quarterly year-over-year result's not really going to be a trend going forward.

**Nathaniel Alonzo Davis**
*Executive Chairman, Chief Executive Officer and Member of Academic Committee*

The year-over-year total -- this is Nate speaking, Henry. The year-over-year total revenue per student is affected by some rate increases. There were at least 2 states last year that had rate increases. And I think I've mentioned in previous calls that as the economy gets better, the educational community fights for its portion of the state budget. We want a good portion of the money -- the tax moneys that get collected to go back into education in local schools. We are a public school. And so for that reason, we end up with some positive rate variances in good economic times. I don't think that's going to be the 5% to 10%. It's going to be in a very low-single digits, but we did get some of that benefit this year.

**Sou Chien**
*BMO Capital Markets Equity Research*

Got it. And in terms of the low-single digits, just if you could clarify, is that trending upwards or it's just sort of flat, just in terms of the year-over-year for '15. I know you're not giving guidance, but just...

**James J. Rhyu**
*Chief Financial Officer and Executive Vice President*

Yes, I think we want to be careful. What Nate's referencing is the funding environment overall looks to be trending favorably. How that translates to K12 revenue isn't always direct one for one. It depends on our student mix, which again, we're very early in the enrollment season, so funding rates can vary pretty widely. Our capture rates vary widely. The way that we capture revenue through enrollments in every state is different. We have single count date, double count date, et cetera. So until we get through our enrollment season, and we know the mix of states and how we're going to be counting them, et cetera, our revenue picture growth across rate, specifically, we won't know until October. But the general funding environment we see overall is improving.

**Nathaniel Alonzo Davis**
*Executive Chairman, Chief Executive Officer and Member of Academic Committee*

And I know it's a -- this funding environment, I don't see a change in it from year to year. I think it will be positive, but I don't think it's going to be more positive in FY '15 than it was in FY '14. So I'm not sure, Henry, exactly your question, but if you're asking, do I see even more rate increases coming on a funding

Copyright © 2014, S&P Capital IQ, a part of McGraw Hill Financial.

level than I saw last year? No. I think we'll see some, but I don't think it'll be any bigger than we got last year.

**James J. Rhyu**
*Chief Financial Officer and Executive Vice President*

So, operator, I think that was the last question on the board. So if we don't have any more questions, Nate, I don't know if you want to take some closing remarks?

**Nathaniel Alonzo Davis**
*Executive Chairman, Chief Executive Officer and Member of Academic Committee*

I don't have any closing remarks. I appreciate everybody's time this morning, and thank you for signing on.

**Operator**
Ladies and gentlemen, this does conclude today's teleconference. You may disconnect your lines at this time. Thank you for your participation, and have a wonderful day.

Copyright © 2014, S&P Capital IQ, a part of McGraw Hill Financial.

The information in the transcripts ("Content") are provided for internal business purposes and should not be used to assemble or create a database. The Content is based on collection and policies governing audio to text conversion for readable "Transcript" content and all accompanying derived products that is proprietary to Capital IQ and its Third Party Content Providers.

The provision of the Content is without any obligation on the part of Capital IQ, Inc. or its third party content providers to review such or any liability or responsibility arising out of your use thereof. Capital IQ does not guarantee or make any representation or warranty, either express or implied, as to the accuracy, validity, timeliness, completeness or continued availability of any Content and shall not be liable for any errors, delays, or actions taken in reliance on information. The Content is not intended to provide tax, legal, insurance or investment advice, and nothing in the Content should be construed as an offer to sell, a solicitation of an offer to buy, or a recommendation for any security by Capital IQ or any third party. In addition, the Content speaks only as of the date issued and is based on conference calls that may contain projections of other forward-looking statements. You should not rely on the Content as expressing Capital IQ's opinion or as representing current information. Capital IQ has not undertaken, and do not undertake any duty to update the Content or otherwise advise you of changes in the Content.

THE CONTENT IS PROVIDED "AS IS" AND "AS AVAILABLE" WITHOUT WARRANTY OF ANY KIND. USE OF THE CONTENT IS AT THE USERS OWN RISK. IN NO EVENT SHALL CAPITAL IQ BE LIABLE FOR ANY DECISION MADE OR ACTION OR INACTION TAKEN IN RELIANCE ON ANY CONTENT, INCLUDING THIRD-PARTY CONTENT. CAPITAL IQ FURTHER EXPLICITLY DISCLAIMS, ANY WARRANTY OF ANY KIND, WHETHER EXPRESS OR IMPLIED, INCLUDING WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT. CAPITAL IQ, SUPPLIERS OF THIRD-PARTY CONTENT AND ANY OTHER THIRD PARTY WORKING WITH CAPITAL IQ SHALL NOT BE RESPONSIBLE OR LIABLE, DIRECTLY OR INDIRECTLY, FOR ANY DAMAGES OR LOSS (INCLUDING DIRECT, INDIRECT, INCIDENTAL, CONSEQUENTIAL AND ANY AND ALL OTHER FORMS OF DAMAGES OR LOSSES REGARDLESS OF THE FORM OF THE ACTION OR THE BASIS OF THE CLAIM) CAUSED OR ALLEGED TO BE CAUSED IN CONNECTION WITH YOUR USE OF THE CONTENT WHETHER OR NOT FORESEEABLE, EVEN IF CAPITAL IQ OR ANY OF THE SUPPLIERS OF THIRD-PARTY CONTENT OR OTHER THIRD PARTIES WORKING WITH CAPITAL IQ IN CONNECTION WITH THE CONTENT HAS BEEN ADVISED OF THE POSSIBILITY OR LIKELIHOOD OF SUCH DAMAGES.

© 2015 Capital IQ, Inc.

Copyright © 2014, S&P Capital IQ, a part of McGraw Hill Financial.