# Exhibit F



2016 K12

# ACADEMIC REPORT







# Alphabetical Guide to Schools Included in 2016 Academic Report Analyses

For schools organized by test group and schools not included, see pages 22–24.

| | |
|---|---|
| Arizona Virtual Academy | 106 |
| Arkansas Virtual Academy | 39, 44 |
| California Virtual Academy at Fresno | 48 |
| California Virtual Academy at Jamestown | 48 |
| California Virtual Academy at Kings | 48 |
| California Virtual Academy at Los Angeles | 48 |
| California Virtual Academy at Maricopa | 48 |
| California Virtual Academy at Maricopa High School | 48 |
| California Virtual Academy at San Diego | 48 |
| California Virtual Academy at San Joaquin | 48 |
| California Virtual Academy at San Mateo | 48 |
| California Virtual Academy at Sonoma | 48 |
| California Virtual Academy at Sutter | 48 |
| Chicago Virtual Charter School | 39 |
| Colorado Preparatory Academy | 39 |
| Community Academy Public Charter School Online | 39 |
| Cyber Academy of South Carolina | 136 |
| Florida Virtual Academy at Broward | 112 |
| Florida Virtual Academy at Clay | 112 |
| Florida Virtual Academy at Duval | 112 |
| Florida Virtual Academy at Hillsborough | 112 |
| Florida Virtual Academy at Palm Beach | 112 |
| Florida Virtual Academy at Pasco | 112 |
| Florida Virtual Academy at Pinellas | 112 |
| Georgia Cyber Academy | 114 |
| Hoosier Academies Indianapolis | 117 |
| Hoosier Academies Virtual School | 117 |
| Idaho Virtual Academy | 54 |
| Insight Academy of Arizona | 109 |
| Insight School of California-Los Angeles | 52 |
| Insight School of California-San Diego | 53 |
| Insight School of Colorado | 39 |
| Insight School of Kansas | 122 |
| Insight School of Michigan | 75 |
| Insight School of Minnesota | 79 |
| Insight School of Ohio | 132 |
| Insight School of Oklahoma | 89 |
| Insight School of Oregon-Charter Option | 59 |
| Insight School of Washington | 65 |
| Iowa Virtual Academy | 71 |
| iQ Academy California at Los Angeles | 48 |
| iQ Academy Minnesota | 82 |
| Kansas Virtual Academy | 120 |
| Louisiana Virtual Charter Academy | 125 |
| Massachusetts Virtual Academy at Greenfield Commonwealth Virtual School | 39 |
| Michigan Great Lakes Virtual Academy | 74 |
| Michigan Virtual Charter Academy | 74 |
| Minnesota Virtual Academy | 76 |
| Nevada Virtual Academy | 85 |
| New Mexico Virtual Academy | 39 |
| Newark Preparatory Charter School | 39 |
| Ohio Virtual Academy | 128 |
| Oklahoma Virtual Charter Academy | 86 |
| Oregon Virtual Academy | 56 |
| Silicon Valley Flex Academy | 48 |
| South Carolina Virtual Charter School | 139 |
| Tennessee Virtual Academy | 92 |
| Texas Online Preparatory School | 94 |
| Texas Virtual Academy | 94 |
| Utah Virtual Academy | 97 |
| Virginia Virtual Academy-King and Queen | 100 |
| Virginia Virtual Academy-Patrick | 100 |
| Washington Virtual Academy-Monroe | 62 |
| Washington Virtual Academy-Omak | 62 |
| Wisconsin Virtual Academy | 66, 142 |
| Wyoming Virtual Academy | 102 |

# Table of Contents

A Letter from Nate Davis, Executive Chairman,
and Stuart Udell, Chief Executive Officer                                    **06**

Foreword: The Shifting Landscape of State Testing                          **08**

Performance Analysis: Executive Overview                                   **11**

K12 Public School Programs Performance Analysis 2014–2015                  **21**

    Norm-Referenced Tests to Gauge Student Progress                       26
    Overall Analysis: Persistence and FRL                                  31
    Group 1: K12 Public School Programs Administering PARCC                39
    Group 2: K12 Public School Programs Administering SBAC                 47
    Group 3: K12 Public School Programs Using Same State Testing Program   67
       from 2013–2014 to 2014–2015
    Group 4: K12 Public School Programs Administering New State Tests     105
       in 2014–2015

Featured Programs and Highlights                                          **145**

    K12 Private Schools: Preparing for College and Career                 145
    Meeting the Diverse Needs of High School Students: Dual Credit and    149
       Credit Recovery Programs in K12 Schools
    Effective Teaching in the K12 Online Learning Environment: Developing 151
       a Research-Based Rubric and Implementing an Instructional Coaching Program
    Understanding Student Progress toward Graduation in K12 Public School Programs   154

Appendices                                                               **159**

    Appendix 1: FRL and Special Education Eligibility by School Compared to State   160
    Appendix 2: State Assessment Programs: 2013–2014 and 2014–2015        163
    Appendix 3: K12 Leaders                                               169
    Appendix 4: Norm-Referenced Tests to Gauge Student Progress: Results for 2013–2014   171
    Appendix 5: Norm-Referenced Tests to Gauge Student Progress: Results for 2013–2014   173
       2015 Academic Report Methodology, Including Certain Previously
       Excluded Scores

This report contains certain forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. We have tried, whenever possible, to identify these forward-looking statements using words such as "anticipates," "believes," "estimates," "continues," "likely," "may," "opportunity," "potential," "projects," "will," "expects," "plans," "intends," and similar expressions to identify forward-looking statements, whether in the negative or the affirmative. These statements reflect our current beliefs and are based upon information currently available to us. Accordingly, such forward-looking statements involve known and unknown risks, uncertainties, and other factors that could cause actual academic performance to differ materially from those expressed in, or implied by, such statements. These risks, uncertainties, factors, and contingencies include, but are not limited to: test result presentations and data interpretations; descriptions of testing and academic outcomes; individual school, grade and subject performance reporting; educational achievements; the potential inability to further develop, maintain, and enhance our curriculum products, instructional services, and teacher training; the reduction of per pupil funding amounts at the schools we serve; reputation harm resulting from poor academic performance in the managed schools we contract with; challenges from online public school or hybrid school opponents; failure of the schools we serve to comply with applicable education requirements, student privacy, and other applicable regulations; inability to recruit, train, and retain quality teachers and employees; and other risks and uncertainties associated with our business described in the Company's filings with the Securities and Exchange Commission. Although the Company believes the expectations reflected in such forward-looking statements are based upon reasonable assumptions, it can give no assurance that the expectations will be attained or that any deviation will not be material.

## FIGURES

FIGURE 1: 2014–2015 Proficiency Percentages by Subject and Persistence (Grades 3–8)

FIGURE 2: 2014–2015 Proficiency Percentages by Subject and FRL Eligibility (Grades 3–8)

FIGURE 3: K12 Comparison to PARCC Consortium: ELA/Literacy (Grades 3–8)

FIGURE 4: K12 Comparison to PARCC Consortium: Mathematics (Grades 3–8)

FIGURE 5: K12 SBAC Comparison to State: OR English Language Arts/Literacy (Grades 3–8)

FIGURE 6: K12 SBAC Comparison to State: OR Mathematics (Grades 3–8)

FIGURE 7: 2014–2015 K12 SBAC Comparison to State by Subject: WA (High School)

FIGURE 8: Same Students and Same Assessment Program: Overall %AAP by School Year and Subject (Grades 4–8)

FIGURE 9: 2014–2015 State Comparison by Subject: TX (High School)

FIGURE 10: 2014–2015 State Comparison: VA Reading (Grades 3–6)

FIGURE 11: 2014–2015 State Comparison: VA Mathematics (Grades 3–6)

FIGURE 12: 2014–2015 K12 Comparison to State: WI English Language Arts/Literacy (Grades 3–8)

FIGURE 13: 2014–2015 K12 Comparison to State: OH Reading (Grade 3) / ELA/Literacy (Grades 4–8)

FIGURE 14: 2014–2015 K12 Comparison to State by Subject: OH (High School)

FIGURE 15: 2014–2015 Scantron Mean Gain Comparison: Reading

FIGURE 16: 2014–2015 Scantron Mean Gain Comparison: Mathematics

FIGURE 17: 2014–2015 Scantron Mean Gain Comparison by FRL Eligibility: Reading

FIGURE 18: 2014–2015 Scantron Mean Gain by Comparison FRL Eligibility: Mathematics

FIGURE 19: 2014–2015 Proficiency Percentages by Subject and Persistence (Grades 3–8)

FIGURE 20: 2014–2015 Proficiency Percentages by Subject and Persistence (HSGT)

FIGURE 21: 2014–2015 Proficiency Percentages by Subject and Persistence (EOC)

FIGURE 22: 2014–2015 Proficiency Percentages by Subject and FRL Eligibility (Grades 3–8)

FIGURE 23: 2014–2015 Proficiency Percentages by Subject and FRL Eligibility (HSGT)

FIGURE 24: 2014–2015 Proficiency Percentages by Subject and FRL Eligibility (EOC)

FIGURE 25: K12 Comparison to PARCC Consortium: ELA/Literacy (Grades 3–8)

FIGURE 26: K12 Comparison to PARCC Consortium: Mathematics (Grades 3–8)

FIGURE 27: K12 Comparison to PARCC Consortium: English Language Arts/Literacy (Grades 9–11)

FIGURE 28: K12 Comparison to PARCC Consortium: Algebra 1 (Overall 9–11)

FIGURE 29: ARVA Year-Over-Year School-State Comparison: English Language Arts/Literacy (Grades 3–8)

FIGURE 30: ARVA Year-Over-Year School-State Comparison: Mathematics (Grades 3–8)

FIGURE 31: 2014–2015 K12 SBAC Comparison to State: CA English Language Arts/Literacy (Grades 3–8)

FIGURE 32: 2014–2015 K12 SBAC Comparison to State: CA Mathematics (Grades 3–8)

FIGURE 33: 2014–2015 K12 SBAC Comparison to State by Subject: CA (High School)

FIGURE 34: 2014–2015 K12 SBAC Comparison to State by Subject: CA (High School)

FIGURE 35: 2014–2015 K12 SBAC Comparison to State by Subject: CA (High School)

FIGURE 36: 2014–2015 K12 SBAC Comparison to State: IDVA English Language Arts/Literacy (Grades 3–8)

FIGURE 37: 2014–2015 K12 SBAC Comparison to State: IDVA Mathematics (Grades 3–8)

FIGURE 38: 2014–2015 K12 SBAC Comparison to State: OR English Language Arts/Literacy (Grades 3–8)

FIGURE 39: 2014–2015 K12 SBAC Comparison to State: OR Mathematics (Grades 3–8)

FIGURE 40: 2014–2015 K12 SBAC Comparison to State by Subject: OR (High School)

FIGURE 41: 2014–2015 K12 Comparison to State: OR English Language Arts/Literacy (Grades 3–8)

FIGURE 42: 2014–2015 K12 Comparison to State: OR Mathematics (Grades 3–8)

FIGURE 43: 2014–2015 K12 Comparison to State by Subject: OR (High School)

FIGURE 44: 2014–2015 K12 SBAC Comparison to State: WA English Language Arts/Literacy (Grades 3–8)

FIGURE 45: 2014–2015 K12 SBAC Comparison to State: WA Mathematics (Grades 3–8)

FIGURE 46: 2014–2015 K12 SBAC Comparison to State by Subject: WA (High School)

FIGURE 47: 2014–2015 K12 SBAC Comparison to State by Subject: WA (High School)

FIGURE 48: 2014–2015 K12 SBAC Comparison to State: WI Mathematics (Grades 3–8)

FIGURE 49: Same Students and Same Assessment Program: Overall %AAP by School Year and Subject (Grades 4–8)

FIGURE 50: Same Students and Same Assessment Program: %AAP by School Year and Grade Level in Reading (Grades 4–8)

FIGURE 51: Same Students and Same Assessment Program: %AAP by School Year and Grade Level in Mathematics (Grades 4–8)

FIGURE 52: 2014–2015 State Comparison: IA Reading (Grades 3–8)

FIGURE 53: 2014–2015 State Comparison: IA Mathematics (Grades 3–8)

FIGURE 54: 2014–2015 K12 Comparison to State by Subject: MI (High School)

FIGURE 55: 2014–2015 K12 Comparison to State by Subject: MI (High School)

FIGURE 56: 2014–2015 State Comparison: MN Reading (Grades 3–8)

FIGURE 57: 2014–2015 State Comparison: MN Mathematics (Grades 3–8)

FIGURE 58: 2014–2015 State Comparison by Subject: MN (High School)

FIGURE 59: 2014–2015 State Comparison: MN Reading (Grade 8)

FIGURE 60: 2014–2015 State Comparison: MN Mathematics (Grade 8)

FIGURE 61: 2014–2015 State Comparison by Subject: MN (High School)

FIGURE 62: 2014–2015 State Comparison: MN Reading (Grade 3–8)

FIGURE 63: 2014–2015 State Comparison: MN Mathematics (Grade 3–8)

FIGURE 64: 2014–2015 State Comparison by Subject: MN (High School)

FIGURE 65: 2014–2015 State Comparison by Subject: NV (High School)

FIGURE 66: 2014–2015 State Comparison: OK Reading (Grades 3–8)

FIGURE 67: 2014–2015 State Comparison: OK Mathematics (Grades 3–8)

FIGURE 68: 2014–2015 State Comparison by Subject: OK (High School)

FIGURE 69: 2014–2015 K12 Comparison to State: OK Reading (Grades 7–8)

FIGURE 70: 2014–2015 K12 Comparison to State: OK Mathematics (Grades 7–8)

FIGURE 71: 2014–2015 K12 Comparison to State by Subject: OK (High School)

FIGURE 72: 2014–2015 State Comparison: TN Reading/Language Arts (Grades 3–8)

FIGURE 73: 2014–2015 State Comparison: TN Mathematics (Grades 3–8)

FIGURE 74: 2014–2015 State Comparison: TX Reading (Grades 3–8)

FIGURE 75: 2014–2015 State Comparison: TX Mathematics (Grades 3–8)

FIGURE 76: 2014–2015 State Comparison by Subject: TX (High School)

FIGURE 77: 2014–2015 State Comparison: UT Language Arts (Grades 3–8)

FIGURE 78: 2014–2015 State Comparison: UT Mathematics (Grades 3–8)

FIGURE 79: 2014–2015 State Comparison by Subject: UT (High School)

FIGURE 80: 2014–2015 State Comparison: VA Reading (Grades 3–6)

FIGURE 81: 2014–2015 State Comparison: VA Mathematics (Grades 3–6)

FIGURE 82: 2014–2015 State Comparison: WY Reading (Grades 3–8)

FIGURE 83: 2014–2015 State Comparison: WY Mathematics (Grades 3–8)

FIGURE 84: 2014–2015 State Comparison by Subject: WY (High School)

FIGURE 85: 2014–2015 K12 Comparison to State: AZ English Language Arts (Grades 3–8)

FIGURE 86: 2014–2015 K12 Comparison to State: AZ Mathematics (Grades 3–8)

FIGURE 87: 2014–2015 K12 Comparison to State by Subject: AZ (High School)

FIGURE 88: 2014–2015 K12 Comparison to State: AZ English Language Arts (Grade 8)

FIGURE 89: 2014–2015 K12 Comparison to State: AZ Mathematics (Grade 8)

FIGURE 90: 2014–2015 K12 Comparison to State by Subject: AZ (High School)

FIGURE 91: 2014–2015 K12 %AAP: FL English Language Arts (Grades 3–8)

FIGURE 92: 2014–2015 K12 %AAP: FL Mathematics (Grades 3–8)

FIGURE 93: 2014–2015 K12 Comparison to State: GA English Language Arts (Grades 3–8)

FIGURE 94: 2014–2015 K12 Comparison to State: GA Mathematics (Grades 3–8)

FIGURE 95: 2014–2015 K12 Comparison to State by Subject: GA (High School)

FIGURE 96: 2014–2015 K12 Comparison to State: IN English Language Arts (Grades 3–8)

FIGURE 97: 2014–2015 K12 Comparison to State: IN Mathematics (Grades 3–8)

FIGURE 98: 2014–2015 K12 Comparison to State by Subject: IN (High School)

FIGURE 99: 2014–2015 K12 Comparison to State: KS English Language Arts (Grades 3–6)

FIGURE 100: 2014–2015 K12 Comparison to State: KS Mathematics (Grades 3–6)

FIGURE 101: 2014–2015 K12 Comparison to State: KS English Language Arts (Grades 7–8)

FIGURE 102: 2014–2015 K12 Comparison to State: KS Mathematics (Grades 7–8)

FIGURE 103: 2014–2015 K12 Comparison to State by Subject: KS (High School)

FIGURE 104: 2014–2015 K12 Comparison to State: LA English Language Arts (Grades 3–8)

FIGURE 105: 2014–2015 K12 Comparison to State: LA Mathematics (Grades 3–8)

FIGURE 106: 2014–2015 K12 Comparison to State by Subject: LA (High School)

FIGURE 107: 2014–2015 K12 Comparison to State: OH Reading (Grade 3) / ELA/Literacy (Grades 4–8)

FIGURE 108: 2014–2015 K12 Comparison to State: OH Mathematics (Grades 3–8)

FIGURE 109: 2014–2015 K12 Comparison to State by Subject: Ohio Graduation Tests

FIGURE 110: 2014–2015 K12 Comparison to State by Subject: PARCC High School Assessments

FIGURE 111: 2014–2015 K12 Comparison to State: OH English Language Arts/Literacy (Grades 6–8)

FIGURE 112: 2014–2015 K12 Comparison to State: OH Mathematics (Grades 6–8)

FIGURE 113: 2014–2015 K12 Comparison to State by Subject: Ohio Graduation Tests

FIGURE 114: 2014–2015 K12 Comparison to State by Subject: PARCC High School Assessments

FIGURE 115: 2014–2015 K12 Comparison to State: SC ACT-Reading (Grades 3–8)

FIGURE 116: 2014–2015 K12 Comparison to State: SC ACT-Mathematics (Grades 3–8)

FIGURE 117: 2014–2015 K12 Comparison to State by Subject: SC (High School)

FIGURE 118: 2014–2015 K12 Comparison to State: SC ACT-Reading (Grades 3–8)

FIGURE 119: 2014–2015 K12 Comparison to State: SC ACT-Mathematics (Grades 3–8)

FIGURE 120: 2014–2015 K12 Comparison to State by Subject: SC (High School)

FIGURE 121: 2014–2015 K12 Comparison to State: WI English Language Arts/Literacy (Grades 3–8)

FIGURE 122: 2014–2015 K12 Comparison to State by Subject: WI (High School)

## TABLES

TABLE 1: 2014–2015 Proficiency Percentages by Subject and Persistence (Grades 3–8)

TABLE 2: 2014–2015 Persistence Grades 3–8: 3 Years or More Compared to Less Than 1 Year

TABLE 3: 2014–2015 Proficiency Percentages by Subject and FRL Eligibility (Grades 3–8)

TABLE 4: K12 Public School Programs by Performance Analysis Grouping

TABLE 5: K12 Public School Programs Using Scantron

TABLE 6: 2014–2015 Scantron Mean Gain Comparison: Reading

TABLE 7: 2014–2015 Scantron Mean Gain Comparison: Mathematics

TABLE 8: 2014–2015 Scantron Mean Gain by Comparison FRL Eligibility: Reading

TABLE 9: 2014–2015 Scantron Mean Gain by Comparison FRL Eligibility: Mathematics

TABLE 10: 2014–2015 Proficiency Percentages by Subject and Persistence (Grades 3–8)

TABLE 11: 2014–2015 Persistence Grades 3–8: 3 Years or More Compared to Less Than 1 Year

TABLE 12: 2014–2015 Proficiency Percentages by Subject and Persistence (HSGT)

TABLE 13: 2014–2015 Persistence HSGT: 3 Years or More Compared to Less Than 1 Year

TABLE 14: 2014–2015 Proficiency Percentages by Subject and Persistence (EOC)

TABLE 15: 2014–2015 Persistence EOC: 3 Years or More Compared to Less Than 1 Year

TABLE 16: 2014–2015 Proficiency Percentages by Subject and FRL Eligibility (Grades 3–8)

TABLE 17: 2014–2015 Proficiency Percentages by Subject and FRL Eligibility (HSGT)

TABLE 18: 2014–2015 Proficiency Percentages by Subject and FRL Eligibility (EOC)

TABLE 19: K12 Comparison to PARCC Consortium: ELA/Literacy (Grades 3–8)

TABLE 20: K12 Comparison to PARCC Consortium: Mathematics (Grades 3–8)

TABLE 21: K12 Comparison to PARCC Consortium: English Language Arts/Literacy (Grades 9–11)

TABLE 22: K12 Comparison to PARCC Consortium: Algebra 1 (Grades 9–11)

TABLE 23: ARVA Year-Over-Year School-State Gap Analysis: English Language Arts/Literacy (Grades 3–8)

TABLE 24: ARVA Year-Over-Year School-State Gap Analysis: Mathematics (Grades 3–8)

TABLE 25: 2014–2015 K12 SBAC Comparison to State: CA English Language Arts/Literacy (Grades 3–8)

TABLE 26: 2014–2015 K12 SBAC Comparison to State: CA Mathematics (Grades 3–8)

TABLE 27: 2014–2015 K12 SBAC Comparison to State by Subject: CA (High School)

TABLE 28: 2014–2015 K12 SBAC Comparison to State by Subject: CA (High School)

TABLE 29: 2014–2015 K12 SBAC Comparison to State by Subject: CA (High School)

TABLE 30: 2014–2015 K12 SBAC Comparison to State: IDVA

TABLE 31: 2014–2015 K12 SBAC Comparison to State: IDVA Mathematics (Grades 3–8)

TABLE 32: 2014–2015 K12 SBAC Comparison to State: OR English Language Arts/Literacy (Grades 3–8)

TABLE 33: 2014–2015 K12 SBAC Comparison to State: OR Mathematics (Grades 3–8)

TABLE 34: 2014–2015 K12 SBAC Comparison to State by Subject: OR (High School)

TABLE 35: 2014–2015 K12 Comparison to State: OR English Language Arts/Literacy (Grades 3–8)

TABLE 36: 2014–2015 K12 Comparison to State: OR Mathematics (Grades 3–8)

TABLE 37: 2014–2015 K12 Comparison to State by Subject: OR (High School)

TABLE 38: 2014–2015 K12 SBAC Comparison to State: WA English Language Arts/Literacy (Grades 3–8)

TABLE 39: 2014–2015 K12 SBAC Comparison to State: WA Mathematics (Grades 3–8)

TABLE 40: 2014–2015 K12 SBAC Comparison to State by Subject: WA (High School)

TABLE 41: 2014–2015 K12 Comparison to State by Subject: WA (High School)

TABLE 42: 2014–2015 K12 SBAC Comparison to State: WI Mathematics (Grades 3–8)

TABLE 43: Same Students and Same Assessment Program: Overall %AAP Change (Grades 4–8)

TABLE 44: Same Students and Same Assessment Program: Overall %AAP Change by Grade Level in Reading (Grades 4–8)

TABLE 45: Same Students and Same Assessment Program: Overall %AAP Change by Grade Level in Mathematics (Grades 4–8)

TABLE 46: 2014–2015 State Comparison: IA Reading (Grades 3–8)

TABLE 47: 2014–2015 State Comparison: IA Mathematics (Grades 3–8)

TABLE 48: 2014–2015 State Comparison by Subject: IA (High School)

TABLE 49: 2014–2015 K12 Comparison to State by Subject: MI (High School)

TABLE 50: 2014–2015 K12 Comparison to State by Subject: MI (High School)

TABLE 51: 2014–2015 State Comparison: MN Reading (Grades 3–8)

TABLE 52: 2014–2015 State Comparison: MN Mathematics (Grades 3–8)

TABLE 53: 2014–2015 State Comparison by Subject: MN (High School)

TABLE 54: 2014–2015 State Comparison: MN Reading (Grades 6–8)

TABLE 55: 2014–2015 State Comparison: MN Mathematics (Grades 6–8)

TABLE 56: 2014–2015 State Comparison by Subject: MN (High School)

TABLE 57: 2014–2015 State Comparison: MN Reading (Grades 3–8)

TABLE 58: 2014–2015 State Comparison: MN Mathematics (Grades 3–8)

TABLE 59: 2014–2015 State Comparison by Subject: MN (High School)

TABLE 60: 2014–2015 State Comparison by Subject: NV (High School)

TABLE 61: 2014–2015 State Comparison: OK Reading (Grades 3–8)

TABLE 62: 2014–2015 State Comparison: OK Mathematics (Grades 3–8)

TABLE 63: 2014–2015 State Comparison by Subject: OK (High School)

TABLE 64: 2014–2015 K12 Comparison to State: OK Reading (Grades 7–8)

TABLE 65: 2014–2015 K12 Comparison to State: OK Mathematics (Grades 7–8)

TABLE 66: 2014–2015 K12 Comparison to State by Subject: OK (High School)

TABLE 67: 2014–2015 State Comparison: TN Reading/Language Arts (Grades 3–8)

TABLE 68: 2014–2015 State Comparison: TN Mathematics (Grades 3–8)

TABLE 69: 2014–2015 State Comparison: TX Reading (Grades 3–8)

TABLE 70: 2014–2015 State Comparison: TX Mathematics (Grades 3–8)

TABLE 71: 2014–2015 State Comparison by Subject: TX (High School)

TABLE 72: 2014–2015 State Comparison: UT Language Arts (Grades 3–8)

TABLE 73: 2014–2015 State Comparison: UT Mathematics (Grades 3–8)

TABLE 74: 2014–2015 State Comparison by Subject: UT (High School)

TABLE 75: 2014–2015 State Comparison: VA Reading (Grades 3–6)

TABLE 76: 2014–2015 State Comparison: VA Mathematics (Grades 3–6)

TABLE 77: 2014–2015 State Comparison: WY Reading (Grades 3–8)

TABLE 78: 2014–2015 State Comparison: WY Mathematics (Grades 3–8)

TABLE 79: 2014–2015 State Comparison by Subject: WY (High School)

TABLE 80: 2014–2015 K12 Comparison to State: AZ English Language Arts (Grades 3–8)

TABLE 81: 2014–2015 K12 Comparison to State: AZ Mathematics (Grades 3–8)

TABLE 82: 2014–2015 K12 Comparison to State by Subject: AZ (High School)

TABLE 83: 2014–2015 K12 Comparison to State: AZ English Language Arts (Grades 7–8)

TABLE 84: 2014–2015 K12 Comparison to State: AZ Mathematics (Grades 7–8)

TABLE 85: 2014–2015 K12 Comparison to State by Subject: AZ (High School)

TABLE 86: 2014–2015 K12 %AAP: FL English Language Arts (Grades 3–8)

TABLE 87: 2014–2015 K12 %AAP: FL Mathematics (Grades 3–8)

TABLE 88: 2014–2015 K12 Comparison to State: GA English Language Arts (Grades 3–8)

TABLE 89: 2014–2015 K12 Comparison to State: GA Mathematics (Grades 3–8)

TABLE 90: 2014–2015 K12 Comparison to State by Subject: GA (High School)

TABLE 91: 2014–2015 K12 Comparison to State: IN English Language Arts (Grades 3–8)

TABLE 92: 2014–2015 K12 Comparison to State: IN Mathematics (Grades 3–8)

TABLE 93: 2014–2015 K12 Comparison to State by Subject: IN (High School)

TABLE 94: 2014–2015 K12 Comparison to State: KS English Language Arts (Grades 3–6)

TABLE 95: 2014–2015 K12 Comparison to State: KS Mathematics (Grades 3–6)

TABLE 96: 2014–2015 K12 Comparison to State: KS English Language Arts (Grades 7–8)

TABLE 97: 2014–2015 K12 Comparison to State: KS Mathematics (Grades 7–8)

TABLE 98: 2014–2015 K12 Comparison to State by Subject: KS (High School)

TABLE 99: 2014–2015 K12 Comparison to State: LA English Language Arts (Grades 3–8)

TABLE 100: 2014–2015 K12 Comparison to State: LA Mathematics (Grades 3–8)

TABLE 101: 2014–2015 K12 Comparison to State by Subject: LA (High School)

TABLE 102: 2014–2015 K12 Comparison to State: OH Reading (Grade 3) / ELA/Literacy (Grades 4–8)

TABLE 103: 2014–2015 K12 Comparison to State: OH Mathematics (Grades 3–8)

TABLE 104: 2014–2015 K12 Comparison to State by Subject: Ohio Graduation Tests

TABLE 105: 2014–2015 K12 Comparison to State by Subject: PARCC High School Assessments

TABLE 106: 2014–2015 K12 Comparison to State: OH English Language Arts/Literacy (Grades 6–8)

TABLE 107: 2014–2015 K12 Comparison to State: OH Mathematics (Grades 6–8)

TABLE 108: 2014–2015 K12 Comparison to State by Subject: Ohio Graduation Tests

TABLE 109: 2014–2015 K12 Comparison to State by Subject: PARCC High School Assessments

TABLE 110: 2014–2015 K12 Comparison to State: SC ACT-Reading (Grades 3–8)

TABLE 111: 2014–2015 K12 Comparison to State: SC ACT-Mathematics (Grades 3–8)

TABLE 112: 2014–2015 K12 Comparison to State by Subject: SC (High School)

TABLE 113: 2014–2015 K12 Comparison to State: SC ACT-Reading (Grades 3–8)

TABLE 114: 2014–2015 K12 Comparison to State: SC ACT-Mathematics (Grades 3–8)

TABLE 115: 2014–2015 K12 Comparison to State by Subject: SC (High School)

TABLE 116: 2014–2015 K12 Comparison to State: WI English Language Arts/Literacy (Grades 3–8)

TABLE 117: 2014–2015 K12 Comparison to State by Subject: WI (High School)

# A Letter from Nate Davis, Executive Chairman, and Stuart Udell, Chief Executive Officer

This fourth annual K12 Academic Report continues our commitment to accountability and transparency. This report has expanded to include all K12 public school programs with valid state test results for 2014–2015 as well as more results from key high school assessments.

The state testing environment changed dramatically in the 2014–2015 school year. In previous years, for accountability purposes, most states administered their own state-specific tests. In 2014–2015, some states administered new tests tied to the Common Core State Standards. These tests were developed by one of two consortia, either the Partnership for Assessment of Readiness for College and Careers (PARCC) or the Smarter Balanced Assessment Consortium (SBAC). Most PARCC and SBAC states administered the new assessments as provided by the consortia, but some changed the consortia assessments or departed from the consortia's recommended minimum scores to determine proficiency on the tests.

These, and other changes in state testing, present challenges to those analyzing the overall performance of K12 public school programs and examining their performance over time. Results from assessments that were new in 2014–2015 cannot be directly compared to scores on previous state assessments because many of the new assessments are aligned to different content standards and different definitions of what constitutes proficiency.

Faced with these challenges, K12 Inc. has worked diligently to analyze state testing data in ways that are useful and make sense. One way is to organize our analysis into groups according to test type. Another way is to report the data in context by comparing performance at the school and state levels. Finally, we also report year-over-year results from those schools that have retained the same testing program since the prior school year.

Our analyses show that many K12 school programs still underperform the state in Mathematics, a situation we are determined to change through multiple ongoing efforts in improved curriculum, instruction, and student support. From the data in the following pages, certain encouraging highlights emerge:

- On the PARCC assessment—generally acknowledged as more rigorous than previous state tests—students in K12 public school programs achieved proficiency percentages within 1 percentage point of the overall PARCC consortium in grades 7 and 8 in Mathematics and within 1 to 3 percentage points of the consortium in grades 3–5 in English Language Arts/Literacy.

- For K12 schools that used the same state-specific assessment program from 2013–2014 to 2014–2015, when we compare the proficiency percentages for the same students year-over-year, students in grades 4–8 improved by 2 percentage points in both Reading and Mathematics.

- In 2014–2015, on tests of Reading and English Language Arts, in many grades a number of K12 public school programs—such as those in Ohio, Texas, Virginia, and Wisconsin—performed as well as (and in some grades better than) the state.

- For the 2014–2015 school year, in most grades and subjects, we continue to see the benefits of persistence—that is, students who stay in K12 schools longer (especially those who remain continuously enrolled for three or more years) achieve higher percentages at or above proficiency.

We regularly gather and examine data at the classroom, school, regional, and national levels in order to identify areas for continued improvement in our mission to support student learning.

This Academic Report is an important part of our research efforts at K12 Inc. We continue to research the relationship between student achievement and such variables as school structure, teacher development, and the use of synchronous or asynchronous instruction. We regularly gather and examine data at the classroom, school, regional, and national levels to ensure that we are doing everything possible to support student learning. Our teachers use this data to adjust their instruction to meet the strengths and needs of individual students.

The thoughtful use of data can help individualize instruction, giving teachers insights that help them build strong relationships with students and families so they can sustain a learning environment in which each student remains engaged, challenged, and nurtured.

We're very proud of the schools we support, the educators who work with students, and the students themselves for doing the hard work of learning. In 2014–2015, K12 public school programs served more than 118,000 students from kindergarten to grade 12, with 4,784 students graduating from high school, many of them focused on college and career. The dedicated teachers in K12 schools strive to meet the individual educational needs of each and every student.

Like many traditional schools, we continue to face both opportunities and challenges. Across this country, not every student comes to school ready to learn or well-prepared for the academic challenges that face them. Not every student appreciates the value of an education. Some students struggle to achieve academically while overcoming obstacles of poverty or mobility. Whether students come to us needing remediation or seeking advanced challenges and enrichment, we aim to help all of them thrive and succeed.

We look forward to the release of the first phases of our new curriculum in the fall of 2016 and the launch of new Destinations Career Academies. As our tools, program offerings, and systems evolve, we come closer to the ideal of an optimally personalized learning experience for each and every student.

We will report on new initiatives in each forthcoming Academic Report and in other publications issued throughout the year. All of us at K12 are dedicated to fostering the academic success of the students in our public school programs. We know that we succeed only when our students succeed, and so we begin and end each day by putting students first.

Nate Davis,
Executive Chairman

Stuart Udell,
Chief Executive Officer







# Foreword: The Shifting Landscape of State Testing

This 2016 K12 Academic Report embodies both consistency and change. Consistent with previous Academic Reports, our purpose here is to give a transparent view of key accountability test results in K12 public school programs. In contrast to the previous Academic Reports, in this report we introduce some changes in our presentation and analyses of the data—changes necessitated by what a study published by the Education Commission of the States (ECS) describes as "the continually changing nature of the state assessments landscape" due to "political pressures and evolving state approaches."[1]

In the 2014–2015 school year, many states changed their accountability assessments. Across all K12 public school programs, only eight states did not change their state accountability tests in 2014–2015: Iowa, Minnesota, Oklahoma, Tennessee, Texas, Utah, Virginia, and Wyoming.

The changes in state tests were in part a consequence of the Common Core State Standards (CCSS), initially released in 2010. In that year, most states began the process of adopting the Common Core standards, encouraged by the federal grant program called Race to the Top, which favored applicants that agreed to adopt Common Core.

New content standards required new assessments. To develop assessments aligned to the Common Core, the federal government funded two testing consortia: the Partnership for Assessment of Readiness for College and Careers (PARCC) and the Smarter Balanced Assessment Consortium (SBAC). These consortia developed assessments intended for use across multiple states, at a level of rigor commensurate with the overall Common Core goals of career and college readiness. In addition, PARCC and SBAC introduced technology-enhanced questions, longer and more complex passages, paired passages, and constructed response items requiring students to justify or explain the reasoning behind their answers.

With the rollout of PARCC and SBAC, for the first time since the passage of No Child Left Behind, multiple states were administering the same assessments. Because these consortia-developed assessments were more rigorous than previous state tests,[1a] student performance results were, in many cases, not encouraging, with lower percentages at or above proficiency compared to previous years—not a valid comparison but an inevitable one. For various reasons, state officials soon found themselves facing what ECS sums up as "political backlash against the two assessment consortia" and "dissatisfaction with the quantity and relevance of current testing."[2]

At one time, 24 states and the District of Columbia were signed on to administer the PARCC assessments. But in the 2014–2015 school year, only the District of Columbia and 10 states fully administered the PARCC assessments. The Education Commission of the States notes that, in 2015–2016, only six states and the District of Columbia plan to use the PARCC assessments. While the Smarter Balanced consortium has experienced fewer withdrawals, its members have decreased to 15 states planning to administer the full SBAC assessment in the 2015–2016 school year. ECS notes that in 2015–2016 "at least 25 states will administer a state-specific assessment in grades 3–8 math and English-language arts."[3]

In reporting on the academic performance of K12 public school programs, our practice is, when possible, to present and compare data across multiple consecutive school years. *But when states change to new tests based on new content standards, and use different definitions of proficiency, the results of the new tests cannot be directly compared to results from previous tests*—a fact that complicates any attempt to present a long-term, comparative, year-over-year analysis of academic performance. The results of the new tests become, in effect, the starting point for future year-over-year analyses. In the current shifting landscape of state testing, however, that new starting

[1] Woods, J. R. State Summative Assessments: 2015–16 school year. Denver, CO, Education Commission of the States (2015). Retrieved from http://www.ecs.org/state-summative-assessments-2015-16-school-year/
[1a] Evidence of the rigor of the PARCC assessments is documented by independent research studies conducted by the Thomas B. Fordham Institute and Human Resources Organization (February 2016), Mathematica Policy Research (November 2015) and the American Institutes for Research (AIR) National Benchmarks for State Assessment Standards Study (February 2016). (Source: http://parcconline.org/assessments/test-design/independent-studies)
[2] Woods, J. R. Testing Trends: Considerations for choosing and using assessments. Denver, CO, Education Commission of the States (2015). Retrieved from http://www.ecs.org/testing-trends-considerations-for-choosing-and-using-assessments/
[3] Woods, J. R. State Summative Assessments: 2015–16 school year. Denver, CO, Education Commission of the States (2015). Retrieved from http://www.ecs.org/state-summative-assessments-2015-16-school-year/. Because the state testing landscape continues to shift, the figures reported may have changed by the time of the publication of this Academic Report.





point can be elusive as states change their tests and then change them again. More than a dozen states suspended their accountability ratings for 2014–2015, and most are using 2015–2016 as a baseline year.

As examples of the shifting landscape of state testing, consider the changes from 2013–2014 to 2015–2016 in three states in which K12 public school programs are located, Massachusetts, Ohio, and Arkansas:

## MASSACHUSETTS

- 2013–2014 MCAS (Massachusetts Comprehensive Assessment System)
- 2014–2015 MCAS or PARCC (district option)
- 2015–2016 MCAS or PARCC (district option)
- 2016–2017 Planned hybrid combination of MCAS and PARCC

## OHIO

- 2013–2014 OAA (Ohio Achievement Assessments)
- 2014–2015 PARCC
- 2015–2016 New Ohio state test

## ARKANSAS

- 2013–2014 Arkansas Comprehensive Testing Program
- 2014–2015 PARCC
- 2015–2016 ACT Aspire

We anticipate that difficulties in comparing test results year-over-year will continue into 2015–2016 as many states roll out new state tests.

While this shifting assessment landscape presents challenges, in this Academic Report we remain committed to presenting a comprehensive overview of school performance for the 2014–2015 school year. The PARCC and SBAC assessments differ in important fundamental ways from previous state assessments. Because the consortia tests present more rigorous content and more open-ended questions and innovative question types, it can be misleading to aggregate them with more traditional assessments across K12 public school programs, since such aggregation would imply comparisons that are not valid.[3a] Therefore, we have organized our analyses of student performance data into four groups:

- K12 public school programs administering PARCC in 2014–2015[4]

- K12 public school programs administering SBAC in 2014–2015

- K12 public school programs using the same state testing program from 2013–2014 to 2014–2015

- K12 public school programs administering new state tests in 2014–2015

For a listing of specific K12 public school programs within each of those four groups, see pages 23–24.

Because many states have changed to new tests in 2014–2015, our ability to provide a year-over-year view of school performance is limited to those in states in which the same assessments and performance standards were used in consecutive school years. In order to provide some context for understanding a school's performance on the new tests, we have in many cases analyzed the school's performance compared to that of the state. Reported information from state test results are from publicly available sources, usually state departments of education. The persistence analysis is an internal calculation based on state reported test performance and our internal enrollment records.

As in our previous Academic Reports, we report results on norm-referenced tests (Scantron) used by many K12 public school programs. The analysis of Scantron results in the 2015 Academic Report erroneously excluded students whose difference in scale scores between the fall and spring Scantron assessments fell within Scantron's standard error of measurement for that difference (that is, students whose scale scores differential was not statistically distinct from zero). An updated analysis of the Scantron results reported last year is located in Appendices 4 and 5 (N.B. see footnotes to Appendices 4 and 5 for additional context) to this Academic Report and includes those students' scores. We also continue the practice of analyzing in aggregate the performance of students in all K12 public school programs relative to their eligibility for federally subsidized meals through the National School Lunch Program. And, as in previous reports, we present an aggregate analysis of the effects of persistence, that is, the relationship between length of enrollment and performance on state assessments.

As No Child Left Behind gives way to the Every Student Succeeds Act, individual states will have more flexibility in shaping their accountability systems and assessments.

We anticipate that states will make varying use of summative and interim assessments, and many states may revise their growth models. In short, we expect the state assessment landscape will continue to shift dramatically. As assessments change from year to year and state to state, we at K12 will face greater challenges in comparing performance year-over-year and across K12 public school programs in different states with different content standards.

While we cannot precisely predict how the assessment landscape will change, we will continue to support our teachers so that they can best meet the learning needs of their students. One critical way to support teachers is to help them understand the academic strengths and weaknesses of their students from the beginning of the school year. In 2016–2017, teachers in K12 public school programs will have access to assessments, chosen by school administrators, to gauge where students stand academically as the school year begins. In future reports, we intend to report school-level data from these assessments. Because there is not likely to be a "one size fits all" assessment solution across all the school programs K12 supports, we anticipate less direct comparability of results, year-over-year and school to school, than we have previously reported. We will, in any case, continue to work closely with our public school programs to ensure that their teachers and staff have the assessment information they need to maximize every student's potential.

At K12 Inc., we continue to engage in a focused effort to broaden and improve our data collection and analysis systems, which will improve our learning systems and teacher tools. We are expanding our database to house a wider range of assessment information and are coordinating efforts across several divisions to determine the efficacy of a range of initiatives aimed at improving teaching and learning. Going forward, we will continue to gather and analyze more data as measured by various assessments, including diagnostic or readiness, interims (formative or benchmark), summative, and state level accountability measures. We will persist in using data to understand best practices in order to improve student outcomes in various learning environments.

*Margaret Jorgensen*

Margaret Jorgensen, Chief Academic Officer

---

[3a] Nicholas-Barrer, Ira, Place, Kate, Dillon, Erin, and Gill, Brian. (2015). Mathematic Policy Research: InFocus; For Massachusetts Students, PARCC and MCAS Exams Comparable in Predicting College Outcomes
[4] In this group, we include only those K12 public school programs that both administered PARCC and used the recommended PARCC proficiency cut score. The cut score is in effect the score that constitutes passing the test—specifically, the value that determines whether a student has achieved at least an adequate level of performance, typically labeled "proficiency," on the assessment. Even if states administered the same test, the results of State A cannot be directly compared to those of State B if the two states set different cut scores.

# K12 Public School Programs Performance Analysis 2014–2015

# K12 Public School Programs Performance Analysis 2014–2015: Introduction

In the 2014–2015 school year, the landscape of state testing shifted dramatically. Many states switched to new assessments. Some developed new state-specific assessments. Some turned to the Common Core consortia, either the Partnership for Assessment of Readiness for College and Careers (PARCC) or the Smarter Balanced Assessment Consortium (SBAC). Some states used assessments from the consortia but changed or added to them. Most states followed the consortia's recommendations for cut scores to determine proficiency but some set their own cut scores. Some states invalidated all state assessment results due to test administration or scoring issues, while some suspended school accountability ratings.

These changes complicate our efforts to analyze the performance of K12 public school programs. In previous Academic Reports, our practice has been, when possible, to compare data across multiple consecutive school years. But *when states change to new tests based on new standards, and use different definitions of proficiency, the results of the new tests cannot be directly compared to results from previous tests.*

Moreover, because the PARCC and SBAC assessments are in many cases significantly more rigorous than previous state assessments, it can be misleading to aggregate the results of those tests with results from more traditional state tests. Because test types and categories shifted so much in 2014–2015, we are organizing our performance analysis in ways that we hope will help readers navigate the sometimes confusing landscape of state testing.

## How Performance Analyses Are Organized

### NORM-REFERENCED TESTS TO GAUGE STUDENT PROGRESS

Many K12 public school programs administer norm-referenced tests to gauge students' academic progress at different points during the school year. We report results from the Scantron Performance Series®, which is the norm-referenced assessment used by the majority of K12 schools.

### OVERALL ANALYSES

We report overall results from K12 public school programs in two specific cases:

• By eligibility for free or reduced-price lunch

• By persistence, that is, the relationship between length of enrollment and performance on state assessments

### PERFORMANCE ANALYSIS GROUPINGS[12]

Analyses of student performance data are organized into four groups as follows:

• Group 1: K12 public school programs administering PARCC in 2014–2015[12a]

• Group 2: K12 public school programs administering SBAC in 2014–2015

• Group 3: K12 public school programs using the same state testing program from 2013–2014 to 2014–2015

• Group 4: K12 public school programs administering new state tests in 2014–2015

Table 4 identifies the specific K12 public school programs within each of those four groups.

NOTE: For K12 public school programs in some states, we separately analyze the results of K12 virtual academies and Insight Schools. Among K12 public school programs, most of those designated as Insight Schools focus on serving academically struggling students in grades 6–12, with a few serving only high school students. While these schools accept students of all ability levels, most focus on providing programs specifically designed to meet the needs of the struggling student. Some K12 Insight Schools are officially designated as "alternative" or "at-risk" schools based on state criteria, but most states do not have official criteria for these types of schools.

[12] Within specific groups of schools or individual schools, there may be differences between the number of students for whom we report scores on math and ELA. These differences may be attributable to a variety of reasons such as student attendance on days the different assessments were administered or students who took alternative or accommodated assessments in one content area.

[12a] In this group, we include only those K12 public school programs that both administered PARCC and used the recommended PARCC proficiency cut score. The cut score is in effect the score that constitutes passing the test—specifically, the value that determines whether a student has achieved at least an adequate level of performance, typically labeled "proficiency," on the assessment. Even if states administered the same test, the results of State A cannot be directly compared to those of State B if the two states set different cut scores.

**TABLE 4:** K12 PUBLIC SCHOOL PROGRAMS BY PERFORMANCE ANALYSIS GROUPING

## GROUP 1
### K12 Public School Programs Administering PARCC 2014–2015

| K12 PUBLIC SCHOOL PROGRAMS | NOTES/EXCEPTIONS |
|---|---|
| **Included in analysis:**<br><br>Arkansas Virtual Academy<br>Chicago Virtual Charter School<br>Colorado Preparatory Academy<br>Community Academy Public Charter School Online<br>Insight School of Colorado<br>Massachusetts Virtual Academy at Greenfield Commonwealth Virtual School<br>New Mexico Virtual Academy<br>Newark Preparatory Charter School | **Not included in analysis:**<br><br>Louisiana Virtual Charter Academy and Ohio Virtual Academy: In 2014–2015 Louisiana and Ohio administered PARCC but used a lower cut score to define proficiency than the proficiency standards recommended by the consortium. For this reason, results from K12 schools in Louisiana and Ohio are included in Group 4.<br><br>Youth Connection Charter School Virtual High School: Results not available at the time of this report.<br><br>**Included only in high school analysis:**<br>Newark Preparatory Charter School |

## GROUP 2
### K12 Public School Programs Administering SBAC 2014–2015

| K12 PUBLIC SCHOOL PROGRAMS | NOTES/EXCEPTIONS |
|---|---|
| **Included in analysis:**<br><br>California Virtual Academy at Fresno<br>California Virtual Academy at Jamestown<br>California Virtual Academy at Kings<br>California Virtual Academy at Los Angeles<br>California Virtual Academy at Maricopa<br>California Virtual Academy at Maricopa High School<br>California Virtual Academy at San Diego<br>California Virtual Academy at San Joaquin<br>California Virtual Academy at San Mateo<br>California Virtual Academy at Sonoma<br>California Virtual Academy at Sutter<br>Idaho Virtual Academy<br>Insight School of California-Los Angeles<br>Insight School of Oregon-Charter Option<br>Insight School of California-San Diego<br>Insight School of Washington<br>iQ Academy California at Los Angeles<br>Oregon Virtual Academy<br>Silicon Valley Flex Academy<br>Washington Virtual Academy-Monroe<br>Washington Virtual Academy-Omak<br>Wisconsin Virtual Academy (3–8 Mathematics only) | **Not included in analysis:**<br><br>San Francisco Flex Academy, Insight School of Oregon-ALT, and iQ Washington: Results not available at the time of this report.<br><br>Idaho College and Career Readiness Academy: The number of student scores reported was not sufficient (n<10) to support meaningful analysis.<br><br>Nevada Virtual Academy: The state of Nevada invalidated all SBAC scores for the state's schools.<br><br>Wisconsin Virtual Academy: In grades 3–8, Wisconsin used a modified form of SBAC English Language Arts/Literacy, the results of which cannot be grouped with SBAC. In high school, Wisconsin used state-specific tests rather than SBAC.<br><br>**Included only in high school analysis:**<br><br>California Virtual Academy at Maricopa High School<br>Insight School of California-Los Angeles<br>Insight School of California-San Diego<br>Insight School of Washington<br>Washington Virtual Academy-Monroe |

**TABLE 4:** K12 PUBLIC SCHOOL PROGRAMS BY PERFORMANCE ANALYSIS GROUPING (*continued*)

## GROUP 3
**K12 Public School Programs Using the Same State Testing Program from 2013–2014 to 2014–2015**

| K12 PUBLIC SCHOOL PROGRAMS | NOTES/EXCEPTIONS |
|---|---|
| **Included in analysis:**<br><br>Insight School of Michigan<br>Insight School of Minnesota<br>Insight School of Oklahoma<br>Iowa Virtual Academy<br>iQ Academy Minnesota<br>Michigan Great Lakes Virtual Academy<br>Michigan Virtual Charter Academy<br>Minnesota Virtual Academy and<br>Nevada Virtual Academy<br>Oklahoma Virtual Charter Academy<br>Tennessee Virtual Academy<br>Texas Online Preparatory School<br>Texas Virtual Academy<br>Utah Virtual Academy<br>Virginia Virtual Academy-King and Queen<br>Virginia Virtual Academy-Patrick<br>Wyoming Virtual Academy | **Not included in analysis:**<br><br>Hill House Passport Academy Charter School: Results not available at the time of this report.<br><br>**Included only in high school analysis:**<br><br>K12 public school programs in Michigan: Results from Michigan's high school ACT assessments are reported in Group 3. (In 2014–2015, Michigan also administered a new testing program called M-Step. As of the time of this report, M-Step results were embargoed and thus unavailable.)<br><br>Nevada Virtual Academy: In 2014–2015, Nevada SBAC scores were invalidated. Here we report results from Nevada's High School Proficiency Examination. |

## GROUP 4
**K12 Public School Programs Administering New State Tests in 2014–2015**

| K12 PUBLIC SCHOOL PROGRAMS | NOTES/EXCEPTIONS |
|---|---|
| **Included in analysis:**<br><br>Arizona Virtual Academy<br>Cyber Academy of South Carolina<br>Florida Virtual Academy at Broward<br>Florida Virtual Academy at Clay<br>Florida Virtual Academy at Duval<br>Florida Virtual Academy at Hillsborough<br>Florida Virtual Academy at Palm Beach<br>Florida Virtual Academy at Pasco<br>Florida Virtual Academy at Pinellas<br>Georgia Cyber Academy<br>Hoosier Academies Indianapolis<br>Hoosier Academies Virtual School<br>Insight Academy of Arizona<br>Insight School of Kansas<br>Insight School of Ohio<br>Kansas Virtual Academy<br>Louisiana Virtual Charter Academy<br>Ohio Virtual Academy<br>South Carolina Virtual Charter School<br>Wisconsin Virtual Academy (ELA/Literacy and high<br>   school only) | **Not included in analysis:**<br><br>Alaska Virtual Academy and Florida Virtual Academy at Osceola: Results not available at the time of this report.<br><br>K12 public school programs in Michigan: Results from Michigan's high school ACT assessments are reported in Group 3. In 2014–2015, Michigan also administered a new testing program called M-Step. As of the time of this report, M-Step results were embargoed and thus unavailable.<br><br>Wisconsin Virtual Academy, Grades 3–8 Mathematics: Wisconsin administered SBAC Mathematics, for which results are reported in Group 2. |

## States Suspending Accountability Ratings in 2014–2015

Typically states assessments are considered "high stakes" because some form of accountability is associated with performance. This accountability usually has student- and school-level consequences such as a student's eligibility to graduate or a school's performance rating. Many state policymakers suspended accountability associated with performance on state assessments in 2014–2015 due to implementation issues and significant changes in the new assessments. Some states also established 2014–2015 as a baseline year for purposes of growth measurements associated with accountability.

Since the passage of the No Child Left Behind Act in 2001, there have been consequences related to performance on state assessments. For the states that suspended accountability, the 2014–2015 school year marks the first time in more than a decade that no accountability was associated with state test performance.

States with K12 public school programs that suspended accountability for 2014–2015 include:

• Arizona

• Colorado

• Florida

• Idaho

• Louisiana

• Massachusetts

• Minnesota

• Nevada

• Oregon

• Wisconsin

# Norm-Referenced Tests to Gauge Student Progress: Results for 2014–2015

Many K12 public school programs administer norm-referenced tests to gauge students' academic progress at different points during the school year. We report results from the Scantron Performance Series®, which is the norm-referenced assessment used by the majority of K12 schools.

In 2014–2015, K12 Inc. continued the use of the Scantron Performance Series® in more than 50 K12 public school programs. (See Table 5.)

The following analysis compares the mean gain—the change in scale scores from fall to spring administrations of the Scantron assessments—made by K12 students to that of the Scantron Norm Group mean gain.[13] The national Scantron Norm Group, made up of thousands of students, comprises a diverse range of students by socioeconomic status, ethnicity, and other demographic characteristics.

**TABLE 5:** K12 PUBLIC SCHOOL PROGRAMS USING SCANTRON

| | |
|---|---|
| Alaska Virtual Academy | Insight School of Ohio |
| Arizona Virtual Academy | Insight School of Oklahoma |
| Arkansas Virtual Academy | Insight School of Oregon |
| Community Academy Public Charter School Online | Insight School of Oregon-Charter Option |
| Cyber Academy of South Carolina | Insight School of California at San Diego |
| California Virtual Academy at Fresno | Insight School of Washington |
| California Virtual Academy at Jamestown | Kansas Virtual Academy |
| California Virtual Academy at Kings | Massachusetts Virtual Academy at Greenfield |
| California Virtual Academy at Los Angeles |   Commonwealth Virtual School |
| California Virtual Academy at Maricopa | Michigan Great Lakes Virtual Academy |
| California Virtual Academy at Maricopa High School | Minnesota Virtual Academy |
| California Virtual Academy at San Diego | Newark Preparatory Charter School |
| California Virtual Academy at San Joaquin | New Mexico Virtual Academy |
| California Virtual Academy at San Mateo | Ohio Virtual Academy |
| California Virtual Academy at Sonoma | Oregon Virtual Academy |
| California Virtual Academy at Sutter | South Carolina Virtual Charter School |
| Colorado Preparatory Academy | San Francisco Flex Academy |
| Chicago Virtual Charter School | Silicon Valley Flex Academy |
| Georgia Cyber Academy | Texas Online Preparatory School |
| Hill House Passport Academy Charter School | Texas Virtual Academy |
| Iowa Virtual Academy | Virginia Virtual Academy-King and Queen |
| Idaho College and Career Readiness Academy | Virginia Virtual Academy-Patrick |
| Idaho Virtual Academy | Washington Virtual Academy-Monroe |
| iQ Academy California at Los Angeles | Washington Virtual Academy-Omak |
| iQ Academy Minnesota | Wisconsin Virtual Academy |
| Insight Academy of Arizona | Wyoming Virtual Academy |
| Insight School of California-Los Angeles | |
| Insight School of Colorado | |
| Insight School of Kansas | |
| Insight School of Kansas-Adult | |
| Insight School of Minnesota | |

[13] The methodology employed in the analysis of Scantron results in this 2016 Academic Report differs from the methodology used in prior years' Academic Reports. As noted, the analysis in the 2015 Academic Report (which set forth the results for SY 2013–2014) erroneously excluded students whose difference in scale scores between the fall and spring Scantron assessments fell within Scantron's standard error of measurement for that difference (that is, whose scale scores differential was not statistically distinct from zero). Such scores are included in the analysis of Scantron results set forth in this 2016 Academic Report. In addition, the methodology used in previous reports identified outliers (which were excluded from the analysis) as students whose gain scores were outside three standard deviations of zero or their grade's mean gain. For the 2016 Academic Report, the methodology identifies (and excludes) outliers consistent with the methodology used by Scantron in its calculation of the national Scantron Norm Group, as documented in the 13th Edition of the Scantron Performance Series Technical Report which was published in December, 2015. Specifically, for both Mathematics and Reading and for each grade, only students who completed Scantron assessments in both fall 2014 and spring 2015 and whose fall 2014 scores were between the 25th and 75th percentiles are included in the analysis. In the prior year, outliers were defined as students who were plus or minus one standard error of the mean of the distribution of gains or as students with zero gains as well as students beyond three standard deviations of the mean. Although this year's outlier approach excludes more gain scores than in prior years, it more closely aligns our methodology for analyzing our students' Scantron gains with Scantron's own methodology for calculating the Scantron Norm Group mean gain. Finally, this 2016 Academic Report calculates the overall percentage of the Scantron Norm Group mean gain as a weighted average of the grade-level percentages, where the weights are the number of students in each grade. (SEM not an error, but we improved upon this.)

# Appendix 5:
# Norm-Referenced Tests to Gauge Student Progress:
# Results for 2013–2014
# 2015 Academic Report Methodology, Including Certain
# Previously Excluded Scores

## Scantron Performance Series® Assessment Results (2013–2014)[1]

### READING

**TABLE 1:** 2013–2014 SCANTRON READING PERCENTAGE OF NORM GROUP MEAN GAIN BY GRADE

| | Number of Students Included in Gains Analysis | Fall Mean Scale Score | Spring Mean Scale Score | K12 Mean Gain | Scantron Norm Group Mean Gain | Percentage of Norm Group Mean Gain |
|---|---|---|---|---|---|---|
| Grade 3 | 4,523 | 2,539.81 | 2,732.41 | 192.60 | 202.7 | 95% |
| Grade 4 | 4,821 | 2,695.53 | 2,865.89 | 170.37 | 146.72 | 116% |
| Grade 5 | 5,251 | 2,799.90 | 2,940.17 | 140.27 | 108.06 | 130% |
| Grade 6 | 6,180 | 2,895.20 | 3,020.80 | 125.59 | 80.91 | 155% |
| Grade 7 | 7,698 | 2,963.04 | 3,069.40 | 106.37 | 66.37 | 160% |
| Grade 8 | 8,548 | 3,029.10 | 3,103.09 | 73.99 | 61.52 | 120% |
| Grade 9 | 7,433 | 3,069.92 | 3,124.44 | 54.53 | 42.96 | 127% |
| Grade 10 | 7,235 | 3,129.63 | 3,164.58 | 34.95 | 48.88 | 71% |
| Overall | 51,689 | | | | | 109% |

NOTE: The Scantron analysis set forth in the 2015 Academic Report reflected an N-size of 34,445 for Reading. The Scantron analysis set forth in the 2015 Academic Report reported that the percentage of Scantron Norm Group mean gain achieved was 161% for Reading.

## MATHEMATICS

**TABLE 2:** 2013–2014 SCANTRON MATHEMATICS PERCENTAGE OF NORM GROUP MEAN GAIN BY GRADE

| | Number of Students Included in Gains Analysis | Fall Mean Scale Score | Spring Mean Scale Score | K12 Mean Gain | Scantron Norm Group Mean Gain | Percentage of Norm Group Mean Gain |
|---|---|---|---|---|---|---|
| Grade 3 | 4,619 | 2,326.24 | 2,515.08 | 188.83 | 179.98 | 105% |
| Grade 4 | 4,891 | 2,444.66 | 2,604.68 | 160.01 | 141.21 | 113% |
| Grade 5 | 5,314 | 2,536.90 | 2,674.80 | 137.90 | 132.47 | 104% |
| Grade 6 | 6,261 | 2,607.04 | 2,741.29 | 134.26 | 113.65 | 118% |
| Grade 7 | 7,812 | 2,682.89 | 2,792.62 | 109.72 | 91.99 | 119% |
| Grade 8 | 8,695 | 2,740.27 | 2,825.55 | 85.29 | 77.41 | 110% |
| Grade 9 | 7,616 | 2,771.77 | 2,829.71 | 57.95 | 39.37 | 147% |
| Grade 10 | 7,432 | 2,819.96 | 2,872.30 | 52.34 | 50.78 | 103% |
| Overall | 52,640 | | | | | 104% |

NOTE: The Scantron analysis set forth in the 2015 Academic Report reflected an N-size of 37,190 for Mathematics. The Scantron analysis set forth in the 2015 Academic Report reported that the percentage of Scantron Norm Group mean gain achieved was 145% for Mathematics.

**Source:** SY 2013–2014 Gains Data; SY 2013–2014 FRL Data; 2015 Academic Report