# Exhibit G



## CONTENTS

CALL PARTICIPANTS 2

PRESENTATION 3

QUESTION AND ANSWER 8

# K12, Inc. NYSE:LRN

*FQ4 2015 Earnings Call Transcripts*

Tuesday, August 04, 2015 12:30 PM GMT

## S&P Capital IQ Estimates

|  | -FQ4 2015- | | | -FQ1 2016- | -FY 2015- | | | -FY 2016- |
|---|---|---|---|---|---|---|---|---|
|  | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS |
| EPS Normalized | 0.10 | 0.18 | ▲80.00 | (0.25) | 0.70 | 0.78 | ▲9.86 | 0.36 |
| Revenue (mm) | 231.45 | 235.66 | ▲1.82 | 219.55 | 944.11 | 948.29 | ▲0.44 | 868.76 |

Currency: USD
Consensus as of May-15-2015 9:27 PM GMT



| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| FQ4 2014 | 0.22 | 0.22 | ①0.00 % |
| FQ1 2015 | (0.22) | (0.18) | NM |
| FQ2 2015 | 0.28 | 0.33 | ②▲17.86 % |
| FQ3 2015 | 0.37 | 0.45 | ③▲21.62 % |

# Call Participants

**EXECUTIVES**

**James J. Rhyu**
*Chief Financial Officer and Executive Vice President*

**Mike Kraft**
*Vice President of Investor Relations*

**Nathaniel Alonzo Davis**
*Executive Chairman, Chief Executive Officer and Member of Academic Committee*

**Timothy L. Murray**
*President and Chief Operating Officer*

**ANALYSTS**

**Chris Gassen**

**Corey A. Greendale**
*First Analysis Securities Corporation, Research Division*

**Sou Chien**
*BMO Capital Markets Equity Research*

# Presentation

**Operator**

Greetings, and welcome to K12 2015 Fourth Quarter and Year-end Earnings Conference Call. [Operator Instructions] As a reminder, this conference is being recorded.

I would now like to turn the conference over to your host, Mike Kraft. Thank you. You may begin.

**Mike Kraft**
*Vice President of Investor Relations*

Thank you, and good morning. Welcome to K12's Fourth Quarter Earnings Call for Fiscal Year 2015.

Before we begin, I would like to remind you that, in addition to historical information, certain comments made during this conference call may be considered forward-looking statements made pursuant to the safe harbor provisions of the Private Securities Litigation Reform Act of 1995 and should be considered in conjunction with cautionary statements contained in our earnings release and the company's periodic filings with the SEC. Forward-looking statements involve risks and uncertainties that may cause actual performance or results to differ materially from those expressed or implied by such statements. In addition, this conference call contains time-sensitive information that reflects management's best analysis only as of the day of this live call. K12 does not undertake any obligation to publicly update or revise any forward-looking statements. For further information concerning risks and uncertainties that could materially affect financial and operating performance and results, please refer to our reports filed with the SEC, including without limitation cautionary statements in K12's 2015 annual report on Form 10-K. These filings can be found on the Investor Relations section of our website at www.k12.com.

In addition to disclosing financial results in accordance with general accepted accounting principles in the U.S., or GAAP, we will discuss certain information that is considered non-GAAP financial information. A reconciliation of this non-GAAP financial information to the most closely comparable GAAP information was included in our earnings release and is also posted on our website.

This call is open to the public and is being webcast. The call will be available for replay for 30 days.

With me on today's call is Nate Davis, Chief Executive Officer and Chairman; Tim Murray, President and Chief Operating Officer; and James Rhyu, Chief Financial Officer. Following our prepared remarks, we will answer any questions you may have.

I'd like to now turn the call over to Nate. Nate?

**Nathaniel Alonzo Davis**
*Executive Chairman, Chief Executive Officer and Member of Academic Committee*

Thank you, Mike. And good morning, everyone. Thanks for joining us on the call today.

I'm pleased to report that K12 ended fiscal year 2015 with solid financial results both for the quarter and for the full year. Excluding certain charges recorded in the quarter that James will review with you later, we slightly exceeded our guidance for both revenue and operating income.

Revenue for the year was $948.3 million, up 5.1% year-over-year. We recorded revenue growth in Managed Public School programs despite a slight decline in enrollments. We posted strong double-digit revenue growth in the non-managed public school programs. And importantly, these Non-managed Programs produced consistent double-digit revenue growth each quarter this year. This is a testament to the strength of that business and to the underlying industry trends. In addition, we delivered solid double-digit gains in our International and Private Pay Schools as well as in Institutional Software and Services.

Operating income for the year, excluding the charges recorded in the fourth quarter, was $43.7 million, down 19.9% year-over-year. This decline was a result of our ongoing commitment to investments we believe will deliver us better academic gains. These investments include hiring more teachers with better

training and professional development and implementing student and family support programs that focus on improvement academic results.

Capital expenditures were $76.5 million for the year. The majority of that went toward upgrading software and curriculum to improve the student online learning experience. Notably, we produced $46.5 million in free cash flow and ended the year with nearly $200 million in cash on our balance sheet.

These results are precisely in line with the guidance we provided last fall. Performance in the quarters and for the full year consistently met or even beat the guidance we provided.

Now let me turn to some commentary on business operations for the year.

First, this was a breakout year for our Institutional Business FuelEd. As we anticipated last year, the adoption rate at which school districts nationwide are integrating online components into the classroom is escalating. FuelEd is a great alternative for school districts that want online options that range from a single remedial course to a full-time online school. This business leverages all of K12's curricula to offer the largest digital catalog that is aligned with national and state standards in the industry. FuelEd provides schools with a consolidated user experience through its family solutions that we put under the PEAK brand. Schools can enroll and activate students, assign courses and teachers and then manage the learning experience with easy-to-use reporting and analytics. They can either create and load their own content from non-K12 sources and integrate all of that content using the PEAK platform. And as a result, FuelEd revenue was up more than 17% on a pro forma basis, including non-managed and Institutional Software and Services. Full-time enrollments increased 38%. Importantly, we saw growth from existing schools and expanded the number of new districts for Non-managed Programs. Our investments in the PEAK platform curricula and personnel are delivering solid results.

FuelEd online course enrollments were up over 28%. This year's gains were a result of higher usage for student, for district customers; as well as adding new schools onto the PEAK platform. And moreover, we expanded third-party partnerships available through PEAK to increase the suite of our offerings available. These include English language learner or ELL, LearnBop for math degree, PresenceLearning for online speech and occupational therapy.

We've mentioned in the past that we will partner or acquire new technology to continue developing our product line, and these will demonstrate our seriousness about continuing to enhance our capabilities. FuelEd growth can also be driven by the number of states or school districts in which we are preapproved to provide services. This year, both Chicago and Philadelphia public school districts designated FuelEd as a preapproved curriculum provider. This will allow schools within these districts to place orders directly to FuelEd. In addition, the University of California expanded the number of courses approved for the state by 40%. FuelEd has more than more approved courses than any other online or blended provider in California. This is especially valuable because many other states and school districts could view California's endorsement as a sort of an informal seal of approval.

Net-net, we're very excited about FuelEd. It's on a strong growth path. And while we'd have to wait until the fall to see how non-managed enrollments come out for the year, we believe FuelEd is a key driver for our growth going forward. It remains a business development priority, and we will seek to continue to grow FuelEd both organically and inorganically.

Now in the Managed Public Schools, we've been changing and improving our marketing strategy and we've continued expansion into existing and new markets, both of which will help ensure the long-term economics of our business. We're aggressively leveraging data analytics to hone in our marketing efforts, and we're investing to attract those students who are most likely to succeed in an online environment. This is a concerted effort. Now we inform families about their online education options at K12 partner schools. Our focus on student success versus student volume is low near-term growth in enrollments in FY '15. However, we believe this messaging that we've now begun to use will result in a student body that is better matched to our core curriculum strengths and therefore substantially more likely to gain academically over time and stay with the program longer. The results will translate into the appropriate balance between enrollment levels and financial return for our investors.

Copyright © 2014, S&P Capital IQ, a part of McGraw Hill Financial.

At the same time, this year, we succeeded in expanding our network of K12-powered schools. We grew our existing presence in Colorado. We opened schools in the states of North Carolina and Maine. And in the next fiscal year, we look to expand into states like Alabama, which passed legislation this year to allow for the formation of a statewide online charter school. Those prospects also look good in some other states, including Virginia, New Jersey and Connecticut. As you know, this process is often a multiyear effort, so we will have to keep you informed as progress happens. However, it bears repeating we continue to see solid demand from managed programs, which remain the cornerstone of our business.

Third, this year, we continued to invest in improving academic outcomes. A successful academic outcome for each and every student is at the heart of the K12 mission. We remain focused on that and the multiyear program to improve teacher hiring, compensation, supervision, observation and professional development. The goal is to develop K12 in conjunction with our partner schools into a center of excellence for online teaching. A parallel program focuses on developing our schools' administrators, principals and instructional coaches. This effort begins with recruiting talented, experienced educators; and provides a comprehensive training, professional development and coaching program that continues throughout their tenure with K12.

Fourth, to improve the overall online experience for students, families and teachers, we invested in our curriculum and systems architecture. A major progress step this year was the rollout of the new K12 online high school experience for the upcoming school year. You've heard me mention this in the past, with the partnership with Desire2Learn. This was an intense 18-month effort that included migrating and upgrading more than 700 courses. This new K12 online high school will benefit more than 35,000 students and teachers. The platform takes the online learning experience to a new level by empowering students, teachers and learning coaches to find what they need when they need it. And of high importance, it allows us to operate more easily on mobile platforms, a thing of the future.

Most importantly, it will also help us achieve better academic outcomes with instant access to actual student data. Also this year, we began to see the benefit of almost 2 years of investment toward improving student performance. Test scores in 2013, 2014 school year show proficient gain -- proficiency gains over the prior school year. And we described this in our annual academic report, which was published earlier this year. It was stable performance in reading and encouraging performance and improvement in mathematics. We're proud of our teachers, our administrators, our students, as they put in tremendous effort to improve our results.

In summary, we met or exceeded the goals we set for the year. Our Institutional Business is growing as we predicted with 3 consecutive quarters of growth and full year revenue over $70 million. Our updated marketing strategy is designed to attract these students who are best suited for our program in an online environment. The K12 managed school footprint is growing. Moreover, we anticipate our ongoing effort with legislators and independent school boards will further expand the number of schools we support in current and new states. K12 private school revenue grew 16% year-over-year. Academic results this year are now trending in the right direction. Key pieces of K12 technology platform and curricula were significantly improved. We've begun to build on the future vision of the next platform in a multiyear program that will keep us at the forefront of education technology. And we ended the year with almost $200 million in cash. We're in a strong position to capture both strategic opportunities as well as inorganic growth.

I'm excited about where K12 ended the fiscal year. I believe we are in a great position to continue growing financially and fulfilling our mission as an academic leader in online and blended education.

So thank you very much for your time this morning. And now I'll turn the call over to James Rhyu, who will cover financial results. James?

**James J. Rhyu**
*Chief Financial Officer and Executive Vice President*

Thank you, Nate. And good morning, everybody.

Copyright © 2014, S&P Capital IQ, a part of McGraw Hill Financial.

As you saw in our press release, we reported net income for the year of $11 million. Included in this were $28.4 million of charges that I'm going to describe in more detail, but I wanted to point out that they are not part of core operations for the fiscal year 2015. Excluding those charges, we would have reported net income of $29.4 million and operating income of $43.7 million.

Let me start by giving you some color on the $28.4 million in charges. We had a confluence of things happen in Q4 that precipitated these charges. First, we'd invested in previous years in our U.K. curriculum that we realize is not going to give us the return we wanted, so we sunset that, along with some other products, as we switched to our new LMS. This resulted in a charge of approximately $3.1 million. Second, we made some decisions with regard to the computers and related peripherals that are distributed during enrollment season. Some of the equipment is changed, and we are no longer going to distribute or refurbish certain devices. And we therefore decided we needed to write off approximately $6.4 million of inventory. Third, in an effort to improve some operational processes, we will no longer be using some older internal software that was developed years ago and never reached its proper potential, so we're going to write off approximately $4.8 million of those assets.

Fourth, we updated our estimate of the collectability of some of our receivables. And we have recorded a charge of $10.7 million associated with schools that closed this year and could pay us, a funding issue in one state from a couple years ago that we were trying to work through with that department state -- of education and the interest on one receivable. These were one-off type events that we do not believe are indicative of the overall strength of our AR balance, which remained solid. In fact, our DSOs improved year-over-year by approximately 5 days. Finally, we also recorded about $3.4 million in severance-related payments in the quarter.

In total, $9.6 million of the charges have been recorded in cost of goods sold. $15.7 million have been recorded in selling, administrative and other expenses; and $3.2 million in interest and other expenses. For your reference, we've provided additional information at the end of our press release that shows our income statement excluding these charges on a line item basis. I also want to mention that all but about $0.5 million of the $28 million are noncash charges.

So with that as background, let me provide some further insight into our fourth quarter and full year results. My comments will exclude the charges I just described, as well as the charges we took in Q2 of fiscal year '14 and the businesses we sold last year.

Revenue for the quarter was $235.7 million, an increase of 3.1% over the year-ago quarter. For the full year, revenue was $948.3 million, which represents a 5.1% increase over the prior year. The growth in the quarter was largely driven by increases in our Institutional Business FuelEd and our International and Private Pay Business. On a full year basis, we saw growth across all segments of our businesses.

Revenues from managed programs were flat for the quarter, with a 2.3% increase in revenue per enrollment offsetting a similar decline in enrollment volume. On a full year basis, managed program revenue rose 2.5% year-over-year. This was in contrast to an enrollment decline of 3.9%. As we have seen through this fiscal year, increases in revenue are resulting from positive revenue-per-enrollment trends that are more than compensating for the enrollment declines. The revenue-per-enrollment trends are related to a combination of factors including school mix, an improved funding environment in some states and other variables. And while we continue to work with states to improve funding for our partner schools, we are cautious about the continuation of current revenue-per-enrollment trends and will watch them carefully through the next year.

Non-managed program revenue rose 27.2% in the quarter and 36.4% for the full year to $8.3 million and $39.3 million, respectively. These increases for both the quarter and the year were driven by enrollment gains. This is the fourth quarter in a row we posted solid double-digit revenue gains in Non-managed Programs for both enrollment and revenue. We continue to see positive trends in the market for Non-managed Programs as we move forward into the new fiscal year.

Institutional Software and Services, which include core software, technology, professional and other educational services sold by our FuelEd team, posted revenues of $13.1 million for the quarter and $48.8 million for the year. This is an increase of 10.5% for the quarter and 9.6% for the year. This is the third

Copyright © 2014, S&P Capital IQ, a part of McGraw Hill Financial.

quarter in a row we posted double-digit gains in this business. We continue to see product investments we have made in our Institutional Business pay off. We believe we will continue to see this business grow into next year as school districts continue to adopt virtual education options and as K12 continues to introduce additional products and services.

Our International and Private Pay Schools revenue rose $4.1 million or 46.5% for the quarter and $11.1 million or 31.3% on a year-over-year basis. We continue to see strong performance in our Keystone and iCademy private schools. These schools posted gains of 20% and 18%, respectively, and 15% and 21% for the year. We are pleased with the trends we're seeing in this business, and we look to expand our private school business over time.

Gross margins declined to 33.2% in the quarter. This is in line with our typical seasonal trends for the fourth quarter. The full year margin of 36.9% is in line with our increased investment in academics and our operating income guidance for the year.

Selling, administrative and other expenses declined 11.2% to $65.1 million for the quarter and were flat on a full year basis and declined as a percentage of revenue by about 150 basis points. We will continue to manage these expenses and invest where we see the best return. Product development expenses for the quarter were $4.3 million compared to $2.2 million in the prior year. For the year, they increased 5.8% to $14.4 million. The increase in the quarter and the year is about the investments we are making in our product, including our new LMS Nate referred to earlier.

Operating income was $8.9 million for the quarter and $43.7 million for the year. The declines versus last year, for the quarter and for the year, are consistent with our strategy to invest in academics but are also above the guidance we had previously provided.

Turning to some other items. Free cash flow was $43.6 million for the year compared to $50 million in the prior year. We ended the quarter with cash and equivalents of $195.9 million, which was essentially flat from the prior year. This includes investing $26.5 million to repurchase shares earlier in the fiscal year. Net cash provided by operator -- operating activities for the year was largely flat at $120 million. Even with increasing revenues, accounts receivable declined slightly, which provided for an overall improvement to DSOs.

CapEx, as we've historically defined it, which includes curriculum and software development, computers and infrastructure, 60 -- was $76.5 million for the year and is in line with our guidance. We saw a $9.8 million increase in software and curriculum tied to projects like our new high school learning platform, largely offset by a $9.4 million reduction in expenditures for computers. The reduction in the computer CapEx is a result from some operating improvements in our reclamation program and the declining costs of hardware on a per unit basis.

Our tax rate for the year came in slightly better than expected at approximately 36%.

In summary, we continue to invest in product and academics across our businesses. We believe these will provide the greatest long-term return for our shareholders.

Thank you for your time today, and I'll now hand the call back over to Nate.

**Nathaniel Alonzo Davis**
*Executive Chairman, Chief Executive Officer and Member of Academic Committee*

Thanks, James.
I think that we are finished with our prepared remarks, so we can move into Q&A, David.

Copyright © 2014, S&P Capital IQ, a part of McGraw Hill Financial.

# Question and Answer

**Operator**

[Operator Instructions] Our first question is from Corey Greendale from First Analysis.

**Corey A. Greendale**
*First Analysis Securities Corporation, Research Division*

So I just had a few questions. So I -- first, I have to ask. I know you're going to give guidance later this fall, but any indications you can give on kind of how the managed and non-managed enrollment is trending relative to this time last year?

**Nathaniel Alonzo Davis**
*Executive Chairman, Chief Executive Officer and Member of Academic Committee*

You know what, it's always interesting. The question gets asked many ways. And I appreciate you asking, Corey. We're pleased with the results, but it would be inappropriate for me to give any kind of indications where we're going. I can only say that we think the new marketing program is working. It certainly is a different kind of program. It expects fewer leads but greater ability to convert students and students who are going to stay longer. And so far, we're seeing the things that we'd wanted to see, but it's still in the middle of the season and so it's hard to predict where we'll end up for the full year.

**Corey A. Greendale**
*First Analysis Securities Corporation, Research Division*

Okay. I had to try. You met my expectations on what you can say now, but let me [indiscernible] I think you can probably more directly address. So on the Institutional Software and Services business, James, you gave a gross number that, first of all, I missed. And second of all, it sounded like it was higher than the reported number. Were you excluding divested businesses from the year-ago number?

**James J. Rhyu**
*Chief Financial Officer and Executive Vice President*

Yes. It excluded the divested businesses in the year ago. That's correct. And I -- just to reiterate, if you didn't hear, my comments included revenues for Institutional Software and Services of $13.1 million for the quarter, fourth quarter; and $48.8 million for the year.

**Corey A. Greendale**
*First Analysis Securities Corporation, Research Division*

Okay. And you said it was about 10%...

**James J. Rhyu**
*Chief Financial Officer and Executive Vice President*

10% for the quarter and 9% for the year.

**Corey A. Greendale**
*First Analysis Securities Corporation, Research Division*

And so that is good growth, but it's decelerated. And I think, last quarter, it was up more than 30% ex-divested business, so can you just talk about the moving pieces there?

**James J. Rhyu**
*Chief Financial Officer and Executive Vice President*

Yes, you'll member, last quarter, the year-over-year comp was very soft. So last year fiscal, year '14, Q3 had Institutional Business at around $12 million and which was sort of the lowest level we had for the year.

**Corey A. Greendale**
*First Analysis Securities Corporation, Research Division*

Okay. And then just again not asking for guidance here, but I saw some data recently that suggested overall school spending on instructional materials was up 9% this year, so it's had nice -- recovering nicely. So can you just talk only about kind of what your long-term thoughts are on the growth rate of that business and whether you expect to grow above-market growth rates or in-line?

**Nathaniel Alonzo Davis**
*Executive Chairman, Chief Executive Officer and Member of Academic Committee*

Tim is here. And so Tim is managing that business. I'm going to let Tim answer that, and I'll try and chime in as well. Go ahead, Tim.

**Timothy L. Murray**
*President and Chief Operating Officer*

Corey, we're seeing the same things you are in terms of improved environment for spending and, in particular, increases in spending in the digital environment. Our goal is to grow faster than the industry, so to take share in this market is we look at our current pipeline. Our pipeline is up well over where we were at this time last year, especially for new customer opportunities. So we're very, very comfortable about how the market is developing here and our position in it.

**Corey A. Greendale**
*First Analysis Securities Corporation, Research Division*

And are you mostly using a field sales force, or inside sales? And can you talk about just the size of your sales force relative to this time last year?

**Timothy L. Murray**
*President and Chief Operating Officer*

I don't want to give you specific numbers, for competitive reasons, but our sales force is about the same size as last year. Think of it as being 2/3 external salespeople, feet on the street; 1/3 inside sales. Relatively small but longstanding footprint with a couple of independent resellers who have been with us for a long time. Our productivity, most of our growth this year has been achieved through increases in growth -- in sales productivity, as opposed to increases in sales force.

**Corey A. Greendale**
*First Analysis Securities Corporation, Research Division*

And is that more driven by process or sales force maturity or by product set being larger?

**Timothy L. Murray**
*President and Chief Operating Officer*

I think, in particular these last couple of quarters, we've really focused on sales -- entire sales process, sales management systems, so I would say we've had benefit of tenure. Our sales force has matured, although many of our salespeople have been with us a good number of years and have a great amount of experience in this industry. So it's both tenure as well as sales process and sales execution.

**Nathaniel Alonzo Davis**
*Executive Chairman, Chief Executive Officer and Member of Academic Committee*

And Corey, this is Nate speaking. I had asked Tim to focus on making sure that we grew the productivity of the sales force, and once we saw that, we would be able to expand it. So just this year, we're going -- and into FY '16, we are going to expand the sales force by about 20%, based upon the fact that I've now seen us improve the sales productivity. So I think we ought to go into more and more markets, and we'll try and do that with a greater sales force. So we are increasing the size this year.

**Corey A. Greendale**

Copyright © 2014, S&P Capital IQ, a part of McGraw Hill Financial.

*First Analysis Securities Corporation, Research Division*

Okay. And I hope you don't mind my spending a little bit of time on this business because I think it's an interesting one. So with that in mind, do you need to have the salespeople in place? Salespeople you hire are starting now. Will they more impact fiscal '17 because of the timing of the selling season, or could they still impact '16?

**Nathaniel Alonzo Davis**
*Executive Chairman, Chief Executive Officer and Member of Academic Committee*

For the most part, they're going to impact fiscal year '17. By that time, they're trained and they go through the bookings, but remember that the sales for the next fiscal year will primarily happen in the second half of this fiscal year, so a sales activity that impacts '17 will all happen in the spring. That's when schools are making decisions. They're a little bit into the summer but primarily in the spring. So we have to get the folks onboard now and to able to impact that selling season.

**Corey A. Greendale**
*First Analysis Securities Corporation, Research Division*

Okay, I'm going to ask one more, and then I'll jump back in the queue if with my other questions don't get answered. My other question is -- I guess I'll ask James. Can you just talk a little bit about how -- the mix shifts, which I think will be, just given what's happened with Agora, more pronounced potentially next year, what that does to your CapEx relative to your -- I'm assuming that some of these other businesses are less capital intensive because of the computer purchases in the managed school business, but can you just confirm whether that's right and directionally talk about what happens to CapEx with the mix shifts?

**James J. Rhyu**
*Chief Financial Officer and Executive Vice President*

Yes, so let me try to address it in a couple of ways for you, Corey. First of all, Agora specifically doesn't change really our sort of our capital expenditure makeup significantly. It will have some impact, but it's not really that dramatic. Secondly is the investments that we're making which are sort of multiyear investments. And Nate referred to one of the big ones, which is really Desire2Learn which we're rolling out the high school now. We're going to migrate sort of middle school and then elementary school in the coming years. So those investments are sort of multi investments. I don't think that, at least for the next year, while we're not giving guidance yet for next year and we haven't sort of finalized our guidance for next year around CapEx, I wouldn't see a dramatic shift. We've seen now about 3 or 4 years of pretty consistent CapEx. I would expect to be in that similar range in the coming year.

**Operator**

Our next question is from Jeff Silber from BMO Capital Markets.

**Sou Chien**
*BMO Capital Markets Equity Research*

It's Henry Chien calling in for Jeff. Can you talk a little bit more about the marketing program you mentioned, what sort of the changes and what kind of, I guess, new type of students that you're looking for? I'm just trying to get a sense of how that also impacts your enrollment growth.

**Nathaniel Alonzo Davis**
*Executive Chairman, Chief Executive Officer and Member of Academic Committee*

Yes. That's an important question. And I'll be as specific as I can without giving all my competitors who jump on our calls and listen in. We -- our focus has been to try to move to more digital communication, more social media, more viral communication with prospective customers, number one; and number two, to make sure that they have a chance to understand what they're getting into early and earlier in the season. So the more they understand the program, the more they understand the work that's required and how this fits their student, the better chance they're going to have winning lock-on [ph]. In addition, our marketing programs try to focus on not just helping them get into the queue for becoming enrollment

Copyright © 2014, S&P Capital IQ, a part of McGraw Hill Financial.

but also helping them make it through the queue faster, meaning there's more self-enrollment process there. Instead of us always calling somebody and talking to them on the phone, we give them a chance to button their basics [ph] and enroll now, give them a chance to go through a self-enrollment process. It processes documents faster and makes the entire process simpler. That's the part of what we do as well. And then lastly, we try to have a very strong -- and this is sort of the end of the marketing process, beginning of the school operations process, a very strong what we call Strong Start process, which helps the students and the parents as they migrate from being an enrollment, they did the enrollment online, to actually getting all their materials, getting their computers set up, getting their courses set up. So we want that to happen earlier, and getting introduced to the teachers earlier. So that entire process from how we reach them through our marketing programs. And by the way, the last thing is the messaging. You've probably seen a new set of commercials centering around a campaign that we call Uniquely Brilliant, communicating to parents that this program is all about the individuality of your student. It's not like sitting in a classroom of 35 students and everybody is at the same pace. This really is about your child's unique speed. And so those messages are in our marketing campaign as well. So how we reach them, the messages we deliver and how we get them enrolled all are part of the new programs we've introduced.

**Sou Chien**
*BMO Capital Markets Equity Research*

So I mean, just looking at the managed program enrollment, it looks like the year-over-year declines are improving or getting less worse pretty nicely. I mean, just trying to understand, with the Agora impact, can we still -- without giving explicit guidance, is it are we sort of nearing the potentially turning around for growth maybe in '17 in the managed program enrollment?

**Nathaniel Alonzo Davis**
*Executive Chairman, Chief Executive Officer and Member of Academic Committee*

I'm not sure I got all of your questions, but I think you're asking, when Agora goes out of the program, are we seeing a potentially growth cycle in Managed Public Schools. Is that what you're asking?

**Sou Chien**
*BMO Capital Markets Equity Research*

Yes, exactly.

**Nathaniel Alonzo Davis**
*Executive Chairman, Chief Executive Officer and Member of Academic Committee*

Okay. So again without giving guidance, I would say one of the reasons I mentioned the number of states that are coming on in terms of the activities we're seeing, states like Alabama; a bill that's passed in Virginia, which is nice if they go through [ph] the funding process -- we've seen some trials in New Jersey. We've seen Connecticut begin to open up a little bit. North Carolina, of course, is now on. So the answer to your question is we're seeing more states. We're also seeing more schools within existing states. We haven't talked a lot about our crew readiness program. The crew readiness program gets another kind of another curriculum that students, we think, will benefit from. So all of those things together make us optimistic about the future. It's difficult for me to tell you that there's going to be a specific amount of growth in FY '17, but you can see, I think, from the tone of my comments and from the specific states I mentioned that we're optimistic about the kind of growth that can happen in this industry. Demand is there.

**Sou Chien**
*BMO Capital Markets Equity Research*

Got it, okay. And if you could -- just last question, could you touch a little bit upon -- your revenue streams have been increasing, in part, I know you mentioned in the past, of basically -- or essentially a positive or a favorable funding environment. Can you talk a little bit about what your kind of expectations are for '16 on that front from the funding side?

**Nathaniel Alonzo Davis**
*Executive Chairman, Chief Executive Officer and Member of Academic Committee*

Yes. I will remind you that some of the funding increases come along with expenditure commitments, so these states might increase funding for specific programs, like they want you to put more money into teaching or they want you to put more money in the areas, but that notwithstanding, we do see a continually strong economy. And when an economy is strong, one of the things that all communities ask for is, "Let's put some money into education." Every politician stands up and says, "Let's put more money in education." So we think that the public schools as well as the charter schools benefit from a stronger funding environment, so we continue to see a positive funding environment. It may not be as strong as the 6% we saw this year, but overall we definitely see a strong funding environment.

**Operator**

[Operator Instructions] Our next question is from Chris Gassen from Faircourt Valuation.

**Chris Gassen**

The first question relates to the charges that you took in the fourth quarter for the reserves and write-downs related to end-of-life products and the reserves for the accounts receivable. Would you consider these to be very unusual types of charges? Or are these the types of charges that you would expect to take from time to time on an ongoing basis because of the nature of the business that you're in?

**James J. Rhyu**
*Chief Financial Officer and Executive Vice President*

So I think that we evaluate every period, every quarter sort of our fair balance sheet generically, all of our asset classes. And the accounting rules sort of help dictate when we would take charges. The nature of those 2 charges for this quarter, the receivable pieces of it were pretty unusual. I won't comment on the exact frequency, but -- and we really haven't seen these types of receivable write-downs in a long time that I'm aware of, so dating back to prior to my joining the company. So I wouldn't -- I don't really think that -- these are certainly not common events. We don't really see -- we think that the quality of our receivables is very high. We actually had some just some very unusual circumstances. One of the biggest components of this actually relates to an event happened back in 2013 with this particular state that they had a sudden certain, I'll say, funding snafu. So certainly don't see those as being things that we see happen very often. On the asset write-down pieces of it, we evaluate the longevity of our curriculum. In general, what we've seen is we depreciate or amortize our assets over what we think is an appropriate period of time, meaning, as we amortize them, they get fully written off sort of in the time that we use them. And we don't see a lot of these types of charges. So again while I won't comment on the frequency of them, we certainly don't think that these are things that -- they're not happening all the time. And we try to manage our balance sheet and the sort of the assets, I'd say, for their useful life, but we certainly do the appropriate accounting determinations every period.

**Chris Gassen**

Well, let me ask a more general question. With advances in technology in general, has it been your experience that the actual economic or useful life of your software products is greater or less than what you originally anticipate when you start your depreciation schedules?

**James J. Rhyu**
*Chief Financial Officer and Executive Vice President*

So I think, in general, we find that they're greater. And generally speaking, those, I'd say, not substantially greater, but we tend to -- I'll give you the best example actually, which is something that we're changing over but the LMS that we invested in probably upwards of 10 or 12 years ago, which we continue to develop and maintain et cetera over the course of those year. It's something that we continue to use today. So that's probably one of our singular biggest investment. Our curriculum, which again we started investing in over 10 years ago, much of that curriculum and many of those assets, we continue to use to this day even though they are depreciated, so...

Copyright © 2014, S&P Capital IQ, a part of McGraw Hill Financial.

**Nathaniel Alonzo Davis**
*Executive Chairman, Chief Executive Officer and Member of Academic Committee*

So Chris, one of the things that -- and James is 100% right. I believe that, if we look at all the assets we have in place, they've actually lasted longer generally than the period that we've depreciate them. But one of the things that happens with every company is, when you start new technology approaches, which the company started several years ago -- and then we decided to go a different direction. The main direction change that we made was we decided we would lease or license more content and more -- especially more technology than we build ourselves. We weren't sure that was going to work. And so we continued a set of software that we were using until we got the Desire2Learn implementation in place. Once that went in place, some of the programs that we had started some years ago, we didn't really need anymore. And so that was an event that occurred once we actually started using the Desire2Learn implementation. So some things are driven by the change we made. And actually, the change is starting its implementation in this quarter.

**Chris Gassen**

Not to get too far into details, but I'm somewhat curious. When you were -- when you set up a depreciation or amortization schedule for curriculum, do you make a distinction between, let's say, the curriculum for math, which would not likely change very much from year to year or even for long periods of time, versus other curriculums that would require significant revisions on short-term basis, such as computer technology, those types of cases?

**James J. Rhyu**
*Chief Financial Officer and Executive Vice President*

Sure. I think the short answer to your question is yes. We do try to track it at a reasonably project type of level. In your specific example, it's not -- we don't really have just, I'll say, one math. We do state customizations and things like that in order to scope and sequence things differently. So we invest in things. It's probably a little less, I'll say, straightforward than a single -- well, here is a simple math course. So we sort of look at that at that project-level basis and track it that way.

**Chris Gassen**

Okay, but the sum and substance is that you would say then that you guys spend a fair amount of, let's say, time and effort in trying to come up with a depreciation or amortization schedule which you would think would be as accurate as possible given the circumstances.

**Nathaniel Alonzo Davis**
*Executive Chairman, Chief Executive Officer and Member of Academic Committee*

Yes, and it depends on not just the circumstances but the type of assets. So you mentioned computers. They have a much shorter life and different life than, well, math courses, which will be a different life, by the way, than the technology we used to sell to public school districts, the PEAK platform and the things we do there, which would have yet a different life than some of the information we use, for example, for a student information system. All of these systems, each one is looked at on a very specific basis to say how long do we think this is going to last given the technology that's in the marketplace, given technology changes we're making.

**Chris Gassen**

Okay, that would lead to my last question and related to your capital expenditures. Do you have a budget that you would be willing to share for the next fiscal year for property equipment, capitalized software, capitalized curriculum? And where do you see the longer-term trend in terms of the amount of money that you're going to need to remain competitive in the business?

**James J. Rhyu**
*Chief Financial Officer and Executive Vice President*

Copyright © 2014, S&P Capital IQ, a part of McGraw Hill Financial.

So Chris, these are all great questions. I think the first piece of it is we don't yet -- we're not yet providing guidance for fiscal year '16, so we don't have any numbers for you for that. Longer term, I think we have a belief that we're investing now over a certain cycle and that, longer term, we do actually think the trends will go down, but we haven't provided any specific guidance around the time frame of that longer term and how much sort of we think it would go down. But yes, we do think it will go down.

**Chris Gassen**

Why so?

**James J. Rhyu**
*Chief Financial Officer and Executive Vice President*

Well, because I think we have a certain set of investments that we're doing now. Nate referred to a couple of these in his remarks. Pivoting to a new LMS is a big one. That's just a fairly significant investment this year. It will continue into next year. And so I think we will, as that sort of -- as that investment matures over the next year or 2, that significant investment will actually come down, so -- and we'll provide -- and I think this is maybe the first time, at least in my experience, that you've come onto the call. So our normal cadence will be that we'll provide some greater guidance come October when we have our enrollment numbers. And at that point, we'll give some better guidance around CapEx as well.

**Operator**

We have a follow-up question from Corey Greendale from First Analysis.

**Corey A. Greendale**
*First Analysis Securities Corporation, Research Division*

I'll just ask one quick follow-up, which is you are continuing to generate cash nicely. And Nate, I heard you talk about inorganic and organic growth. It was about -- I think, it's still about a year ago, you were repurchasing shares. Can you just talk about whether a repurchase is potentially on the table and just kind of how you're thinking about potential uses of cash?

**Nathaniel Alonzo Davis**
*Executive Chairman, Chief Executive Officer and Member of Academic Committee*

Well, the uses of cash would be share repurchases, dividends CapEx, internal CapEx programs as well as obviously acquisitions. And I would tell you that we believe that there's opportunities in the inorganic market to acquire. We believe that investing on our own capital programs is a smart way to grow the business. We see a number of improvements that we want to make in the business. And will be 2 places we would spend cash. We do not see at this point in time a need to do dividends or a need to do a share repurchase program. The board always looks at these things every year. We have a conversation, and then we decide based on the times. Right now, though, the view is that it's more important to put this cash into the areas I just mentioned. So there's no plans for a share repurchase on that basis.

**Operator**

There are no more questions at this time. I'd like to turn the call back to Nate Davis for closing remarks.

**Nathaniel Alonzo Davis**
*Executive Chairman, Chief Executive Officer and Member of Academic Committee*

I don't have much else to say. I think it was a great set of questions. I appreciate everyone's time this morning.

I would say this is probably a paid commercial message to not just investors but to everybody else: I'm really proud of the team and what they've accomplished this year. It's been a year in which we've put a lot of effort into making sure that our culture is focused on students. And I hope the investor see that we are building a business for the long term; a business that is strong, fundamentally strong and sound in its underlying principles. And if you can see that, I think you're going to see that we're continuing to get better and better.

Copyright © 2014, S&P Capital IQ, a part of McGraw Hill Financial.

Thank you for your time. I appreciate you listening to us. And have a great week.

**Operator**
This concludes today's teleconference. Thank you for your participation. You may disconnect your lines at this time.

Copyright © 2014, S&P Capital IQ, a part of McGraw Hill Financial.

The information in the transcripts ("Content") are provided for internal business purposes and should not be used to assemble or create a database. The Content is based on collection and policies governing audio to text conversion for readable "Transcript" content and all accompanying derived products that is proprietary to Capital IQ and its Third Party Content Providers.

The provision of the Content is without any obligation on the part of Capital IQ, Inc. or its third party content providers to review such or any liability or responsibility arising out of your use thereof. Capital IQ does not guarantee or make any representation or warranty, either express or implied, as to the accuracy, validity, timeliness, completeness or continued availability of any Content and shall not be liable for any errors, delays, or actions taken in reliance on information. The Content is not intended to provide tax, legal, insurance or investment advice, and nothing in the Content should be construed as an offer to sell, a solicitation of an offer to buy, or a recommendation for any security by Capital IQ or any third party. In addition, the Content speaks only as of the date issued and is based on conference calls that may contain projections of other forward-looking statements. You should not rely on the Content as expressing Capital IQ's opinion or as representing current information. Capital IQ has not undertaken, and do not undertake any duty to update the Content or otherwise advise you of changes in the Content.

THE CONTENT IS PROVIDED "AS IS" AND "AS AVAILABLE" WITHOUT WARRANTY OF ANY KIND. USE OF THE CONTENT IS AT THE USERS OWN RISK. IN NO EVENT SHALL CAPITAL IQ BE LIABLE FOR ANY DECISION MADE OR ACTION OR INACTION TAKEN IN RELIANCE ON ANY CONTENT, INCLUDING THIRD-PARTY CONTENT. CAPITAL IQ FURTHER EXPLICITLY DISCLAIMS, ANY WARRANTY OF ANY KIND, WHETHER EXPRESS OR IMPLIED, INCLUDING WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT. CAPITAL IQ, SUPPLIERS OF THIRD-PARTY CONTENT AND ANY OTHER THIRD PARTY WORKING WITH CAPITAL IQ SHALL NOT BE RESPONSIBLE OR LIABLE, DIRECTLY OR INDIRECTLY, FOR ANY DAMAGES OR LOSS (INCLUDING DIRECT, INDIRECT, INCIDENTAL, CONSEQUENTIAL AND ANY AND ALL OTHER FORMS OF DAMAGES OR LOSSES REGARDLESS OF THE FORM OF THE ACTION OR THE BASIS OF THE CLAIM) CAUSED OR ALLEGED TO BE CAUSED IN CONNECTION WITH YOUR USE OF THE CONTENT WHETHER OR NOT FORESEEABLE, EVEN IF CAPITAL IQ OR ANY OF THE SUPPLIERS OF THIRD-PARTY CONTENT OR OTHER THIRD PARTIES WORKING WITH CAPITAL IQ IN CONNECTION WITH THE CONTENT HAS BEEN ADVISED OF THE POSSIBILITY OR LIKELIHOOD OF SUCH DAMAGES.

© 2015 Capital IQ, Inc.