# Exhibit Z



**Source:** *K12 Inc.*
May 04, 2015 09:05 ET

# K12 Inc. 2015 Academic Report Shows Overall Student Improvement

**K12 Highlights Continued Commitment to Accountability, Empowering Teachers, and Its Mission to Put 'Students First'**

HERNDON, Va., May 4, 2015 (GLOBE NEWSWIRE) -- K12 Inc. (NYSE:LRN), the national leader in online learning and school programs for students in kindergarten through high school, today released its 2015 Academic Report which details the academic results of students in K12-managed public schools. The report data, which includes all managed public schools with valid state academic test results for school year 2013-2014, showed that student proficiency within online schools is improving from previous years.

Nate Davis, Chairman and CEO of K12 Inc., said this report is another chapter in the story of K12's ongoing commitment to transparency and the academic success of its students. "Our latest Academic Report tells the story of K12's unwavering mission to ensure the success of our students, to have them prepared for their next steps in life," said Davis. "This data is not just a broad scale report card of our students' progress, it is proof positive of the headway we've made as a company in recognizing the issues we face and building upon them to be transparent and provide the finest education to our students."

Key findings of K12's 2015 Academic Report include:

Grades 3-8:

- State testing performance in 2013-2014 compared to 2012-2013 in grades 3-8 show an improvement in Mathematics while Reading has remained relatively stable.

- In K12-managed public schools, for the past two school years, performance in Reading has remained relatively stable, with 69% of students at or above proficiency in 2012-2013 and 68% in 2013-2014.

- Mathematics: While students in K12 schools continue to do better in Reading than Mathematics, from 2012-2013 to 2013-2014, performance in Mathematics improved by 3 percentage points from 47% to 50% at or above proficiency.

- The improvement in Mathematics is likely the result of K12's recent emphasis on effective mathematics interventions for students who enroll below grade level, as well as a focused effort across all K12 schools to improve mathematics instruction.

- On Scantron assessments, students in K12 managed public schools overall outperformed the mean norm group gain in both Reading and Mathematics.

- Persistence continues to be a key factor to success. Data confirms that student performance on state proficiency tests increases the longer they stay with the K12 program. In grades 3-8, students enrolled three or more years in K12 managed public schools achieve higher percentages at or above proficiency:

14 percentage points higher in Reading and 19 percentage points higher in Mathematics.

- The trend noted in grades 3-8—that students consistently perform better in Reading than in Mathematics—continues in high school.

High School

- Of ninth graders with reported scores for an end-of-course assessment in English 1, 81% scored at or above proficiency.

- Of tenth graders with reported scores for a high school graduation test in Reading, 75% of students scored at or above proficiency.

- Of ninth graders with reported scores for an end-of-course assessment in Algebra 1, 36% scored at or above proficiency.

- Of tenth graders with reported scores for a high school graduation test in Mathematics, 62% of students scored at or above proficiency on high school graduation tests in Mathematics.

Mary Gifford, Senior Vice President of Education and Policy said, "The latest academic data shows that our efforts toward improving student performance, empowering teachers, and providing the tools necessary for success are beginning to pay off. While we acknowledge there is still more work to be done to achieve higher proficiency for all students, these numbers indicate we're on the right track."

Ms. Gifford added, "We're utilizing diagnostic assessment data to shape the Individualized Learning Plan prepared for each student. This student specific learning will serve as a pathway to academic success. We're also implementing the national roll-out of programs that have shown positive results in student mentorship and helping families' foster positive environments for students to learn. One example is the Family Academic Support Team (FAST) that provides counseling on how to develop behaviors that support learning. It closely monitors student progress to ensure they get back on track as soon as possible. "

K12's 2015 Academic Report is significantly more comprehensive than previous reports and has been expanded to include results from the 2014 state assessment tests for all K12 managed schools in Reading, English Language Arts, and Mathematics. It also examines individual school performance over a three-year period as well as data on student performance in key subgroups, including low-income students (based on free or reduced-price lunch eligibility) and special education.

Also included in the report are the most recent results from the Scantron Performance Series® assessments, used by K12 to provide a common measure of achievement across K12 managed schools with standards and accountability systems that differ by state. These assessments, administered in the fall and spring, are norm-referenced adaptive tests that track gains in Reading and Mathematics during a school year, and allow a comparison of each school's performance to the performance of the student population used in norming the tests.

To read the report in its entirety, please click here.

About K12 Inc.

K12 Inc. (NYSE:LRN), a company of educators, is the nation's leading provider of proprietary curriculum and online and blended school solutions for students in pre-kindergarten through high school. K12 has worked with over 2,000 school districts and has delivered more than four million courses over the past decade. K12 provides curricula, academic services, and learning solutions to public schools and districts, traditional classrooms, blended school programs, and families. The K12 program is offered through K12 partner public schools in approximately two-thirds of the states and the District of Columbia, and through private schools serving students in all 50 states and more than 100 countries. More information can be found at www.K12.com.

More information can be found at [K12.com](K12.com).

```
K12 Inc.
Investor Contact:
Mike Kraft, 571-353-7778
VP Investor Relations
mkraft@k12.com
or
Press Contact:
Anthony Guglielmi, 571-392-2737
Director Corporate Communications
aguglielmi@k12.com
```

Retrieved from "http://globenewswire.com/news-release/2015/05/04/731616/10132154/en/K12-Inc-2015-Academic-Report-Shows-Overall-Student-Improvement.html"