LATHAM & WATKINS LLP
   Peter A. Wald (Bar No. 85705)
*peter.wald@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone:  (415) 391-0600
Facsimile:   (415) 395-8095

   Kevin H. Metz (Bar No. 203268)
*kevin.metz@lw.com*
   Stephen P. Barry (*pro hac vice*)
*stephen.barry@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone:  (202) 637-2200
Facsimile:   (202) 637-2201

*Attorneys for Defendants K12 Inc., Nathaniel A. Davis, and James J. Rhyu*

Additional Counsel on Signature Page

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE K12 INC. SECURITIES LITIGATION | Master File No. 4:16-cv-04069-PJH<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION EXTENDING BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Hon. Phyllis J. Hamilton |

1    WHEREAS, Plaintiffs Babulal Tarapara and Mark Beadle (collectively, "Plaintiffs") filed a Consolidated Second Amended Complaint against Defendants K12 Inc., Nathaniel A. Davis, and James J. Rhyu (collectively, "Defendants" and, together with Plaintiffs, the "Parties") on October 2, 2017, ECF No. 66;

WHEREAS, Plaintiffs filed a Motion for Class Certification and Memorandum of Points and Authorities ("Motion for Class Certification") on March 31, 2018, ECF No. 83;

WHEREAS, the Court set June 1, 2018 as Defendants' deadline for responding to Plaintiffs' Motion for Class Certification;

WHEREAS, the Court set August 1, 2018 as Plaintiffs' deadline to file any reply brief in support of their Motion for Class Certification;

WHEREAS, a hearing on the Motion for Class Certification is set for September 12, 2018; and

WHEREAS, the Parties, by and through their undersigned counsel, have conferred and agreed, pursuant to Civil Local Rule 6-2, to a 14-day extension of Defendants' deadline to respond to Plaintiffs' Motion for Class Certification, and a 7-day extension of Plaintiffs' deadline to file a reply brief in support of the Motion for Class Certification;

THEREFORE, IT IS STIPULATED AND AGREED that, subject to Court approval:

1.   Defendants' deadline to respond to Plaintiffs' Motion for Class Certification, ECF No. 83, shall be extended to June 15, 2018; and

2.   Plaintiffs' deadline to file a reply brief in support of Plaintiffs' Motion for Class Certification, ECF No. 83, shall be extended to August 8, 2018.

Plaintiffs and Defendants respectfully request that the Court enter the Proposed Order attached hereto approving this Joint Stipulation.  The Parties do not believe oral argument on the Joint Stipulation is necessary.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: May 17, 2018 | LATHAM & WATKINS LLP |
| 2 | | By:/s/ Peter A. Wald |
| 3 | | Peter A. Wald (Bar No. 85705)<br>505 Montgomery Street, Suite 2000 |
| 4 | | San Francisco, CA 94111-6538<br>Telephone: (415) 391-0600 |
| 5 | | E-mail: peter.wald@lw.com |
| 6 | | Kevin H. Metz (Bar No. 203268) |
| 7 | | Stephen P. Barry (*pro hac vice*)<br>LATHAM & WATKINS LLP |
| 8 | | 555 Eleventh Street NW, Suite 1000<br>Washington, DC 20004-1304 |
| 9 | | Telephone: (202) 637-2200<br>Facsimile: (202) 637-2201 |
| 10 | | E-mail: kevin.metz@lw.com<br>E-mail: stephen.barry@lw.com |
| 11 | | |
| 12 | | *Attorneys for Defendants K12 Inc., Nathaniel A. Davis, and James J. Rhyu* |
| 13 | | |
| 14 | Dated: May 17, 2018 | GLANCY PRONGAY & MURRAY LLP |
| 15 | | By:/s/ Melissa C. Wright |
| 16 | | Kevin F. Ruf (SBN 136901)<br>Kara M. Wolke (SBN 241521) |
| 17 | | Leanne H. Solish (SBN 280297)<br>Melissa C. Wright (SBN 291120) |
| 18 | | 1925 Century Park East, Suite 2100<br>Los Angeles, California 90067 |
| 19 | | Telephone: (310) 201-9150<br>Facsimile: (310) 201-9160 |
| 20 | | Email: info@glancylaw.com |
| 21 | | |
| 22 | | *Lead Counsel for Lead Plaintiffs and the Putative Class* |

**ATTESTATION CLAUSE**

I, Peter A. Wald, am the ECF User whose identification and password are being used to file this Joint Stipulation and [Proposed] Order Extending Briefing Schedule pursuant to Civil Local Rule 5-1.  I hereby attest that Melissa C. Wright, counsel for Plaintiffs Babulal Tarapara and Mark Beadle, has concurred in this filing.

Dated: May 17, 2018        /s/ Peter A. Wald
                           Peter A. Wald