| | |
|---|---|
| 1 | Kara M. Wolke (SBN 241521) |
| | Stan Karas (SBN 222402) |
| 2 | Leanne H. Solish (SBN 280297) |
| | Melissa C. Wright (SBN 291120) |
| 3 | **GLANCY PRONGAY & MURRAY LLP** |
| | 1925 Century Park East, Suite 2100 |
| 4 | Los Angeles, California 90067 |
| | Telephone: (310) 201-9150 |
| 5 | Facsimile:  (310) 201-9160 |
| | Email: info@glancylaw.com |
| 6 | |
| 7 | *Lead Counsel for Lead Plaintiffs* |
| | *and the Putative Class* |
| 8 | |
| 9 | |
| | *Additional Counsel Listed on Signature Pages* |
| 10 | |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE K12 INC. SECURITIES LITIGATION | Master File No. 4:16-cv-04069-PJH |
| | **CLASS ACTION** |
| | **STIPULATION AND [PROPOSED ORDER] REGARDING TIME TO FILE MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |
| | Judge: The Honorable Phyllis J. Hamilton |

JOINT STIPULATION AND [PROPOSED ORDER] REGARDING TIME TO FILE MOTION FOR
PRELIMINARY APPROVAL OF SETTLEMENT
Master File No. 4:16-cv-04069-PJH

1    Lead Plaintiff Babulal Tarapara ("Lead Plaintiff") and Defendants K12 Inc., Nathaniel A.
2  Davis, and James J. Rhyu ("Defendants" and collectively, with Lead Plaintiff, the "Parties"), by
3  and through their undersigned counsel, submit the following stipulation and jointly request that the
4  Court issue an order to extend the time for Lead Plaintiff to file his motion for preliminary
5  approval of the Parties' proposed settlement.

## STIPULATION AND JOINT MOTION

7    **WHEREAS**, on September 5, 2018, the Parties reached an agreement in principle to settle
8  all claims, subject to, among other items, definitive documentation and the Court's approval;

9    **WHEREAS**, on September 10, 2018, the Court entered the Parties' Stipulation and Order
10 Vacating Dates and Setting Date to File Motion for Preliminary Approval of Settlement (ECF
11 No. 99) in which the Court ordered Lead Plaintiff to move for preliminary approval of the
12 settlement on or before October 22, 2018, or if he is unable to do so by that date, to file a further
13 stipulation to request additional time;

14   **WHEREAS**, the Parties are continuing to formalize the final terms of the settlement;

15   **WHEREAS**, this is the first request for an extension of time to file a motion for
16 preliminary approval of the settlement; and

17   **WHEREAS**, no other dates are calendared with the Court for this litigation, and therefore,
18 a request for an extension of time will have no effect on the litigation's schedule;

19   **NOW, THEREFORE**, pursuant to Civil L.R. 6-2 and 7-12, the parties hereby jointly
20 request that the Court issue an order to extend the time for which Lead Plaintiff will move for
21 preliminary approval of the settlement by three weeks to on or before November 12, 2018.

22   **IT IS SO STIPULATED.**

JOINT STIPULATION AND [PROPOSED] ORDER] REGARDING TIME TO FILE MOTION FOR
PRELIMINARY APPROVAL OF SETTLEMENT
Master File No. 4:16-cv-04069-PJH

| | |
|---|---|
| 1    Dated: October 17, 2018 | **GLANCY PRONGAY & MURRAY LLP** |

By: */s/ Kara M. Wolke*
Kara M. Wolke (SBN 241521)
Stan Karas (SBN 222402)
Leanne H. Solish (SBN 280297)
Melissa Wright (SBN 291120)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

*Lead Counsel for Lead Plaintiff
and the Putative Class*

DATED: October 17, 2018   **LATHAM & WATKINS LLP**

By: *s/ Peter A. Wald*
Peter A. Wald (Bar No. 85705)
*peter.wald@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

Kevin H. Metz (Bar No. 203268)
*kevin.metz@lw.co*
Stephen P. Barry (*pro hac vice*)
*stephen.barry@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

*Attorneys for Defendants K12 Inc., Nathaniel A. Davis, and James J. Rhyu*

JOINT STIPULATION AND [PROPOSED] ORDER] REGARDING TIME TO FILE MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT
Master File No. 4:16-cv-04069-PJH

* * *

**[PROPOSED] ORDER**

For good cause shown, the foregoing Joint Stipulation Regarding Time To File Motion For Preliminary Approval Of Settlement and [Proposed Order] is approved and it is hereby **ORDERED** that Lead Plaintiff will move for preliminary approval of the settlement on or before November 12, 2018.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: __October 18__, 2018            _____
                                       HON. PHYLLIS J. HAMILTON
                                       CHIEF U.S. DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

## **ATTESTATION**

I, Kara M. Wolke, am the ECF User whose identification and password are being used to file the foregoing document. In compliance with Local Rule 5-1(i)(3), I hereby attest that Counsel for Defendants concur in this filing.

DATED: October 17, 2018                    */s/ Kara M. Wolke*
                                                              Kara M. Wolke

JOINT STIPULATION AND [PROPOSED ORDER] REGARDING TIME TO FILE MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT
Master File No. 4:16-cv-04069-PJH