UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BABULAL TARAPARA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>K12 INC., et al.,<br><br>Defendants. | Case No. 16-cv-04069-PJH<br><br>**ORDER TERMINATING MOTIONS TO CERTIFY CLASS AND FILE UNDER SEAL**<br><br>Re: Dkt. Nos. 83, 95 |

On March 1, 2018, plaintiffs Mark Beadle and Babulal Tarapara filed a motion to certify a class. Dkt. 83. On August 8, 2018, Tarapara filed a motion to file certain materials accompanying the reply brief under seal. Dkt. 95. On September 10, 2018, the court issued as an order the parties' joint stipulation vacating the scheduled hearing on plaintiff's motions and setting a deadline for plaintiff to move for preliminary approval of class settlement. Dkt. 99. On February 14, 2019, the court preliminarily approved class settlement. Dkt. 109.

Plaintiff's motions for class certification (Dkt. 83) and to file certain materials under seal (Dkt. 95) are hereby TERMINATED, given the preliminary approval of class settlement. If final approval of settlement is not granted, plaintiff may re-notice the terminated motions for hearing without re-filing any materials.

**IT IS SO ORDERED.**

Dated: February 22, 2019

_____
PHYLLIS J. HAMILTON
United States District Judge